AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GEORGE A. SHORT
903 Larah Avenue
Takoma Park, MD  20912

**SUMMONS IN A CIVIL CASE**

PLAINTIFF,

V.

MICHAEL CHERTOFF
U.S. Department of Homeland Security
Mail Stop 3000
Washington, D.C. 20528-5072

CASE NUMBER:  1:05CV01034 RMU
JUDGE: Ricardo M. Urbina
DECK TYPE: Employment Discrimination
DATE STAMP:

DEFENDANT.

TO: (Name and address of Defendant)

MICHEAL CHERTOFF
U.S. Department of Homeland SEcurity
Mail Stop 3000
Washington, DC  20528-5072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C.S. HARDNETT, Esq.
1111 Bonifant Street
Silver Spring, MD  20910

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           MAR 03 2006
CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 6/15/06  9:50 am. |
| NAME OF SERVER (PRINT)  Tom Chedester | TITLE  Process Server | |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served michael Chertoff, US Department of Homeland Security, by serving Francis Adams authorized to accept service, 3801 Nebraska Ave NW, Washington DC.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/15/06
            Date

Signature of Server  Tom Chedester
                     Tom Chedester

Address of Server

PPS, INC.
P.O. BOX 407
ROCKVILLE, MD 20848
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.