AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

GEORGE A. SHORT
Plaintiff,

V.

MICHAEL CHERTOFF
Defendant,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1034 RMU

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd Street, N.W.
Washington, DC. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C.S. Hardnett, Esq.
1111 Bonifant Street
Silver Spring, MD 20910

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 8 2006

CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/7/06 at 1:10pm |
| NAME OF SERVER (PRINT) Tom Chedester | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): U.S. Attorney, Patricia Gray, authorized to accept service, 501 3rd St NW, Washington DC

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/06         Signature of Server: Tom Chedester

Address of Server

PPS, INC.
P.O. BOX 407
ROCKVILLE, MD 20848
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Columbia__

GEORGE A. SHORT
Plaintiff,

V.

MICHAEL CHERTOFF
Defendant,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01034 RMU

TO: (Name and address of Defendant)

Alberto Gonzales
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C.S. Hardnett, Esq.
1111 Bonifant Street
Silver Spring, MD 20910

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           MAR 03 2006

CLERK                                             DATE

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/7/06 at 1:30 pm |
| NAME OF SERVER (PRINT) Tom Chedester | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Alberto Gonzales, Office of the Attorney General, by serving James Burroughs, authorized to accept service, US Dept. of Justice, 950 PA' Ave, NW, Washington DC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/7/06
                Date

Signature of Server  Tom Chedester

Address of Server

PPS, INC.
P.O. BOX 407
ROCKVILLE, MD 20848
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.