UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GEORGE A. SHORT,** | ) | |
| **Plaintiff** | ) ) ) | |
| v. | ) ) | Civil Action No.  05-01034  (RMU) |
| **MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) ) ) | |
| **Defendant** | ) ) ) | |

ORDER

Upon consideration of defendant's motion for partial dismissal, and plaintiff's response thereto, it is hereby

ORDERED that defendant's motion is GRANTED and that plaintiff's claim under the Equal Pay Act in Count 3, and plaintiff's constructive discharge claim, Count 4 of the complaint, are hereby DISMISSED.

Date:  _____
UNITED STATES DISTRICT COURT JUDGE