UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. SHORT,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant | Civil Action No. 05-01034 (RMU) |

### NOTICE OF DEPOSITION

To:  GEORGE SHORT, Plaintiff
C/O C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, MD 20910
Fax: (301) 587-7002
Email: s.hardnett@verizon.ne

PLEASE TAKE NOTICE that the defendant will take the deposition of George Short pursuant to Rule 30 (b) of the Federal Rules of Civil Procedure, on oral examination before a notary public or other officer authorized to administer oaths, via stenography and oral report the 13th day of June, 2007, commencing at 9:00 a.m. and continuing thereafter until the deposition is completed, at the Office of the United States Attorney for the District of Columbia, 501 3rd Street, N.W., 4th Floor, Washington, D.C. 20530.

/s/ Rhonda C. Fields
RHONDA C. FIELDS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W
Washington, D.C. 20530
202/514-6970



PLAINTIFF'S EXHIBIT
A