UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE A. SHORT, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No.  05-01034  (RMU) |
| MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant | ) ) ) | |

**ORDER**

Upon consideration of defendant's motion for leave to file a motion to compel concerning discovery issues, and good cause having been shown, it is hereby

ORDERED that the defendant may file the motion to compel.

Date: _____        _____
UNITED STATES DISTRICT JUDGE