UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **GEORGE A. SHORT,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01034 (RMU) |
| | ) | |
| **MICHAEL CHERTOFF, SECRETARY** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

ORDER

Upon consideration of plaintiff's motion for a protective order, defendant's opposition thereto, and defendant's motion to compel, it is hereby

ORDERED that plaintiff's motion for protective order is DENIED, and it is further

ORDERED that defendant's motion to compel is GRANTED, and it is further

ORDERED that plaintiff shall serve by, facsimile or courier to the defendant's counsel, 4th Floor, 501 3rd St. NW, Washington, D.C., no later than noon on Friday, June 15, full and complete answers to defendant's interrogatories and request for documents, and it is further

ORDERED that plaintiff shall arrange with defendant to appear for deposition at the office of defendant's counsel prior to the close of discovery or shall appear for deposition on June 28, 2007, immediately following the status conference which is scheduled in this matter for 10AM.

Date: _____

UNITED STATES DISTRICT JUDGE