## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

GEORGE A. SHORT,                          )
                                          )
            Plaintiff                     )
                                          )
       v.                                 )        Civil Action No.  05-01034  (RMU)
                                          )
MICHAEL CHERTOFF, SECRETARY )
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY,                  )
                                          )
            Defendant                     )
                                          )
_____)

ORDER

Upon consideration of defendant's motion for an extension of time to July 20, 2007, to allow

defendant to obtain responses to its written discovery requests and to allow defendant to depose the

plaintiff, it is hereby

ORDERED that the defendant's motion for an extension of time to allow the defendant to

complete discovery is GRANTED.

Date:                              _____
                                   UNITED STATES DISTRICT COURT JUDGE