IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE SHORT )
)
    Plaintiff, ) CASE NO. 1:05-CV-01034-RMU
)
v. )
)
MICHAEL CHERTOFF SECRETARY )
US DEPARTMENT OF HOMELAND SECURITY )
)
    Defendant. )

## AFFIDAVIT OF PLAINTIFF GEORGE SHORT

1) My name is George Short, and I am the Plaintiff in this action. I am competent to testify on the facts set forth in this Affidavit.

2) I filed two charges with the Equal Employment Opportunity Commission. I filed the first charge in October 2002. I filed the second charge in April 2003.

3) The conduct that I challenged and which led me to file the charges encompassed the same misconduct that led to my constructive discharge.

4) I have a claim in this action under the Equal Pay Act. The employee who was wrongfully promoted to the position for which I was entitled I believe made an additional $2,500.00 per year in salary than I did.

5) Defendant willfully discriminated against me and passed me up for promotions to which I was entitled.

I HEREBY AFFIRM UNDER PENALTIES OF PERJURY THAT THE ALLEGATIONS IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

EXECUTED ON 6-20-07      _/s/ George A. Short_
                                                    GEORGE SHORT

PLAINTIFF'S EXHIBIT A