## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE SHORT** | ) |
| | ) |
| Plaintiff, | ) CASE NO.  1:05-cv-01034-RMU |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL CHERTOFF** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Having fully considered Defendant's Motion for Partial Dismissal, Plaintiff's opposition thereto, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Partial Dismissal is DENIED.


_____
RICHARD M. URBINA
United States District Court Judge