UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GEORGE A. SHORT, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | Civil Action No.  05-01034  (RMU) |
| MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) | |
| Defendant | ) ) ) | |

**MOTION FOR EXTENSION OF TIME**

The defendant respectfully requests an extension of time of thirty days in which to file its dispositive motion in this matter.  Pursuant to the Court's Scheduling Order, dispositive motions are currently scheduled to be filed by August 10, 2007.

On May 3, 2007, defendant served on plaintiff its first set of interrogatories and document requests.  A response was due within 30 days.  Due to plaintiff's failure to respond within the set discovery period, the Court granted defendant an extension of time until July 20, 2007, to complete discovery.  By facsimile dated July 17, 2007, plaintiff's counsel delivered a purported response to defendant's written discovery requests  –   an unverified answer which, with the exception of one one-sentence response,  directed defendant to "Please see EEO Report of Investigation Case No. GSA-03-NCR-WPS GSA-2 and GSA Case No. 03-NCR-WPS-GSA-!4."

Defendant deposed plaintiff on July 20, 2007.

On July 30, 2007, counsel for the plaintiff, counsel for the defendant and an agency

representative for the defendant attended a mediation conference with Magistrate Judge Facciola. The parties have been unable to reach any agreement and mediation has been concluded.

The defendant respectfully requests an extension of thirty days in which to file its dispositive motion. In order properly to prepare and complete its motion, the defendant needs the additional time a) to obtain a copy of the transcript of the deposition of plaintiff and other pertinent documents and b) to obtain information concerning allegations not mentioned in the EEO Reports of Investigation, nor in plaintiff's responses to relevant defendant's written discovery requests, and first raised during plaintiff's deposition. This is the first motion for extension of time to file its dispositive motion filed by defendant. Plaintiff's counsel has been consulted and has advised that plaintiff opposes defendant's motion for an extension of time.

A proposed order is attached with this motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970