UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. SHORT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant )<br>)<br> | Civil Action No. 05-01034 (RMU) |

**ORDER**

Upon consideration of defendant's motion for an extension of time of thirty days in which to file its dispositive motion, and the plaintiff's opposition thereto, it is hereby

ORDERED that the motion is GRANTED and the defendant shall file its motion on or before September 10, 2007.

Date: _____
UNITED STATES DISTRICT COURT JUDGE