IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE SHORT**      )<br>                                          )<br>       Plaintiff,              )      CASE NO. <u>1:05-CV-01034-RMU</u><br>                                          )<br>v.                                      )<br>                                          )<br>**MICHAEL CHERTOFF SECRETARY**     )<br>**US DEPARTMENT OF HOMELAND SECURITY**  )<br>                                          )<br>       Defendant.          )<br>                                          ) | |

**JOINT STATUS REPORT**

    The parties submit this Joint Status Report in accordance with the Minute Order of the Court dated June 26, 2007, ordering that the parties submit a Joint Report apprising the court of the status of settlement negotiations. The parties aver that they did not reach a settlement in this action.

 

| | |
|---|---|
| \_\_\_\_/s/_____ | \_\_\_\_\_/s/_____ |
| C. Sukari Hardnett | Rhonda Fields |
| Law Office of C. Sukari Hardnett | United States Attorney's Office |
| 1111 Bonifant Street | 555 Fourth Street, NW, 10th Floor |
| Silver Spring, MD 20910 | Washington, DC 20530 |
| Tel: (301) 587-7001 | (202) 514-6970 |