UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE A. SHORT, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 05-01034 (RMU) |
| MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant | ) |

**ORDER**

Upon consideration of defendant's motion for an extension of time in which to file its dispositive motion in this matter, it is hereby

ORDERED that the motion is GRANTED, and the defendant shall file its motion on or before September 24, 2007.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE