UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| GEORGE A. SHORT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-01034 (RMU) |
| | ) |
| MICHAEL CHERTOFF, SECRETARY | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| | ) |
| Defendant | ) |
| | ) |

## ORDER

Upon consideration of defendant's motion for an extension of time in which to file its

dispositive motion in this matter, it is hereby

ORDERED that the motion is GRANTED, and the defendant shall file its motion on or before

September 24, 2007.

Date:  9/10/07

_____

UNITED STATES DISTRICT COURT JUDGE