UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. SHORT, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 05-01034 (RMU) ) |
| MICHAEL CHERTOFF, SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) |
| Defendant | ) ) |

ORDER

Upon consideration of defendant's motion for summary judgment, plaintiff's response, and the entire record in this matter, it is hereby

ORDERED that defendant's motion is GRANTED, and the plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final Order.

Date;                                    _____
                                         UNITED STATES DISTRICT COURT JUDGE