**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GEORGE A. SHORT, )<br>Plaintiff )<br> )<br>v. )<br> )<br>MICHAEL CHERTOFF, SECRETARY )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>Defendant )<br> ) | Civil Action No. 05-01034 (RMU) |

DECLARATION OF MAYBELLE HALLMAN

I, Maybelle Hallman, do hereby declare and state:

1. In 2003, I was designated to be the Deputy Commander of the then newly established Homeland Security Unit.

2. None of the individuals who I picked in January 2003 for the Homeland Security Unit had a disciplinary record.

3. Officer Talley, who received a 120-day temporary promotion to a supervisory position, worked full time as a supervisor during the 120-day temporary promotion period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On September _19_ , 2007.

Maybelle Hallman