

GSA National Capital Region

November 14, 2002

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. George A. Short
902 Larch Avenue
Takoma Park, MD 20912

Ref: Amendment Request to the EEO Complaint of Discrimination filed by Mr. George Short, GSA Case Number 03-NCR-WPS-GAS-2

Dear Mr. Short:

This letter **acknowledges receipt** of request to amend your formal complaint, reference above. Your request to amend was dated and received on November 12, 2002, in the Equal Employment Opportunity (EEO) Office, General Services Administration, National Capital Region. Your formal complaint was filed on October 23, 2002, and the following claim was accepted on October 28, 2002.

> Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB:4/1/43), when you were not selected by FPS Police management for the Buffalo, New York deployment on September 18, 2002.

Based on a review of your request dated November 12, 2002, it has been determined that the above claim will be Amended to included the following claim, which falls under the definition of a Mixed Case Complaint.

**"Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB:4/1/43), when you were suspended from duty from October 22, 2002 to November 20, 2002.**

<u>Please read, sign and return the enclosed memorandum, Subject, Election in a Mixed Case Complaint, within five (5) calendar days of your receipt of this letter,</u>


EXHIBIT
ROI-2
2A

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

-2-

to me, Avis B. Johnson, EEO Officer, General Services Administration, National Capital Region, Equal Employment Opportunity Office (WAD-E), 7th & D Streets, SW., (ROB/7002), Washington, DC 20407.

The three incidents you provided as actions that led to the suspension will be used as background information to the above claim.

Once we receive your signed election of the agency EEO administrative process, the amendment will be forwarded to the investigator for inclusion in the investigation report.

Pursuant to 1614.106(e)(2), the agency is required to complete its investigation of an EEO complaint within 180 days of the filing of a complaint unless the parties agree in writing to extend the time period. If a complaint is amended, however, this deadline is adjusted so that the agency must complete its investigation within the earlier of 180days after the last amendment to the complaint or 360 days after the filing of the original complaint.

If you have any questions, please call me on (202) 708-8588.

Sincerely,

*[signature: Avis B. Johnson]*

Avis B. Johnson
EEO Officer

Enclosure

cc: James Taylor (AK)



GSA National Capital Region

February 27, 2003

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. George A. Short
902 Larch Avenue
Takoma Park, MD 20912

Ref: Amendment Request to the EEO Complaint of Discrimination filed by Mr. George Short, GSA Case Number 03-NCR-WPS-GAS-2

Dear Mr. Short:

This letter **acknowledges receipt** of request to amend your formal complaint, reference above. Your request to amend was undated and but received on February 11, 2003, in the Equal Employment Opportunity (EEO) Office, General Services Administration, National Capital Region. Your formal complaint was filed on October 23, 2002, and amended on November 14, 2002. the following claim was accepted on October 28, 2002.

> **Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB:4/1/43), when you were not selected by FPS Police management for the Buffalo, New York deployment on September 18, 2002.**

On November 14, 2002, your original complaint was amended to include the following claim:

> **"Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB:4/1/43), when you were suspended from duty from October 22, 2002 to November 20, 2002.**



EXHIBIT
ROI-2
2B

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

-2-

Based on a review of your request received on February 11, 2003, it has been determined that the above two claims will be Amended to included the following claim:

**"Your claim that in reprisal for filing an EEO complaint on October 23, 2002, which was amended on November 14, 2002, you were subjected to continuous retaliation and harassment from November 21, 2002 through January 1, 2003, " regarding your weapon, work assignments, your vehicle, denial of leave, and missing supplies."**

This claim will be forwarded to the EEO Investigator, assigned to your case, to include in the formal investigation.

Pursuant to 1614.106(e)(2), the agency is required to complete its investigation of an EEO complaint within 180 days of the filing of a complaint unless the parties agree in writing to extend the time period. If a complaint is amended, however, this deadline is adjusted so that the agency must complete its investigation within the earlier of 180days after the last amendment to the complaint or 360 days after the filing of the original complaint.

If you have any questions, please call me on (202) 708-8588.

Sincerely,

Avis B. Johnson
EEO Officer

Avis B. Johnson
National Capitol Region
301 7th Street, S. W. Regional Office Building
Washington, D.C. 20407-0001



Dear Avis B. Johnson:

I would like to make an Amendment to my Formal Complaint file on October 23, 2002 concerning Harassment and Discrimination. This additional complaint, (Dated November 21, 2002 thru January 1, 2003) concerning Retaliation and Harassment after filing complaint with EEO and after 30 days suspension. Some base of Retaliation and Harassment are listed below:

1. November 21, 2002, 3:00 pm no weapon was in the safe for me to go into complete uniform. Lt. Black, (My Team Leader) stated my weapon was send to the Pistol Range and the range had close at 2; 00 pm. I worked in the office because of no weapon.
   a. (4; 17 pm) Lt. R. Thomas personally gave me some paper work, (Pay Slip for pay prior of suspension and an envelope, containing a copy of a request for personnel action, and return to duty from 30 days suspension).
   b. (10:25 pm) Capt. W. Mitchell came into the office, he did not speak or welcome me back His first and only words were "Did you get enough rest".
2. November 22, 2002, (3:00 pm) Weapon was issued, but no vehicle. My assign vehicle was Missing with all my equipment and supplies. My vehicle was turn in to Capt. W. Mitchell October 22, 2002, (11:15 pm). November 22, 2002 (4:00 pm) Capt. W. Mitchell stated he turn my vehicle with equipment and supplies over to Major W. Walter. I had to use a spear vehicle without my equipment and supplies, which also included body armor, (Vest).
3. November 26, 2002, (4:00 pm) Lt. R. Thomas gave me a book and key to vehicle # 981 And stated this is your assign vehicle with no paper work. I did not drive vehicle # 981 homes because of no paper work and improper procedure.
4. November 27, 2002, I sign for vehicle # 981 and gave the proper paper work to Lt. R. Thomas. Vehicle # 981 is a 2000 Model and my old assign vehicle # 997 is a 2002 Model. See attachment concerning vehicle policy and vehicle # 981. Equipment and supplies still missing.
5. November 28, 2002, I was denied leave for Thanksgiving Day by Lt. R. Thomas. He did not notify me concerning my disapproved leave. I had to find out on my own, the day before Thanksgiving day.
6. December 3, 2002, (2:00 pm) I went to work one hour early to get my equipment and supplies. I went to Logistics to get my equipment. Demiko Suggs was in charge at this time and he gave me my equipment and supplies. There was no inventory slip to sign because none was taken, by anyone. I made a quick check because I had to go to roll call and not knowing at this time that all my supplies were not there. Later that night I made another check and found the following items missing. Two computer speaker, power inverter and vehicle cleaning supplies.
7. December 4, 2002, I contacted Capt. W. Mitchell and Major W.Walter concerning my missing supplies, but with negative result. About 9:00 pm that same day FPO George bland wrote a 3155 report on my missing supplies. (See copy)

8. December 5, 2002, (3:00 pm) when I Arrived at FPS office, I was approach by FPO D. Parry and she gave me a property recipe to sign and a box with all the missing supplies. I could not get any information as to who had my supplies.
9. December 18, 2002, I discovered my leave was disapproved by Lt. R. Thomas. The record shows I was once again denied leave for December 25, 2002. Again I was not notified of the disapproved leave. My leave was approved for the 24 of December, 2002. I did not take the approved leave for December 24, 2002. I work Christmas Eve and Christmas Day.
10. December 28, 2002, for the record I discovered my leave for January 1, 2003 was disapproved and December 31, 2002, approved. This time I took December 31, 2002 and work New Year Day. (See leave request, work schedule and work detail sheet.)

Sincerely,

GEORGE A. SHORT

November 12, 2002

U.S. General Services Administration

# National Capitol Region
301 7th Street, S.W. Regional Office Building

Washington, D.C. 20407-0001

**RECEIVED**

**2002 NOV 12  A 11: 19**

**GSA-NCR EEO OFFICE**

Dear Avis B. Johnson:

I would like to <u>Amend</u> my *Formal Complaint File on Oct. 23, 2002, Regarding the* <u>Suspendsion</u> which is no longer a <u>Proposed Suspendsion</u>, from October 22, 2002 until November 20, 2002, of the three incidents listed below.

1. On June 18, 2002, Failure to follow instructions.
2. On June 18, 2002, Disrespectful behavior toward a supervisor.
3. On July 18, 2002, Absent without leave (AWOL).

GEORGE A. SHORT

*[signature: George A. Short]*



GSA National Capital Region

June 24, 2003

**CERTIFIED MAIL**
<u>RETURN RECEIPT REQUESTED</u>

Mr. George A. Short
903 Larch Avenue
Takoma Park, MD 20912

Ref: Amendment Request to the EEO Complaint of Discrimination filed by George Short, GSA Case Number 03-NCR-WPS-GAS-2

Dear Mr. Short:

This letter **acknowledges receipt** of your May 28, 2003, request to amend your formal complaint, referenced above. Your request was received on May 29, 2003, in the Equal Employment Opportunity (EEO) Office, General Services Administration, National Capital Region. Your original formal complaint was filed on October 23, 2002, with the following claim accepted:

> "Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB: 4/1/43), when you were not selected by FPS Police management for the Buffalo, New York deployment on September 18, 2002."

On November 14, 2002, your original complaint was amended to include the following claim:

> "Your claim that you were discriminated against because of your race (Black), color (fair skinned), and age (59 years-DOB: 4/1/43), when you were suspended from duty from October 22, 2002 to November 20, 2002."

On February 11, 2003, you submitted another request to amend your complaint and the following claim was accepted on February 27, 2003, for inclusion in your investigation:

> "Your claim that in reprisal for filing an EEO complaint on October 23, 2002, which was amended on November 14, 2002, you were subjected to continuous retaliation and harassment from November 21, 2002 through January 1, 2003," regarding your weapon, work assignments, your vehicle, denial of leave, and missing supplies."

EXHIBIT
RoI - 2
2C

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

-2-

Your May 28, 2003, request to amend has been reviewed and the following claim is accepted:

**"Your allegation that you were discriminated against in reprisal for filing EEO complaints when you were subjected to harassment on April 30, 2003, when you were not contacted concerning a deployment of FPS officer to the Kentucky Derby."**

The above claim will be forwarded to the EEO Investigator assigned to the case referenced in this letter, to include in the formal investigation.

Pursuant to 1614.106(e)(2), the agency is required to complete its investigation of an EEO complaint within 180 days of the filing of a complaint unless the parties agree in writing to extend the time period. If a complaint is amended, however, this deadline is adjusted so that the agency must complete its investigation within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint.

If you have any questions, please call me on (202) 708-8588.

Sincerely,

*[signature]*

Avis B. Johnson
EEO Officer

cc: Mr. Robert Bradley, EEO Investigator