## GENERAL SERVICES ADMINISTRATION
## GEORGE A. SHORT

State Of _Maryland_

County of _Montgomery_

I, <u>Mr. George A. Short</u> make the following statement freely and voluntarily to Robert Bradley who has identified himself to me as an EEO INVESTIGATOR for the U.S. General Services Administration, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party.

I HEREBY SOLEMNLY _Swear_ to the following:
**(SWEAR OR AFFIRM)**

My name is George A. Short (prior EEO activity), Corporal (lead) Police Officer, GS-083-90. I allege that I was subjected to reprisal discrimination on April 30, 2003, when I was not contacted concerning a deployment of FPS officers to the Kentucky Derby. These officers were to serve as additional security. Management never makes any attempts to make me aware of these opportunities for deployment. I always have to find out from someone else. They always select the same "good old boys" or their "favorite people" to go on these deployments. I am not aware of who was responsible for selecting the team to go on the Kentucky Derby Deployment.

I HAVE READ THE ABOVE STATEMENT, CONSISTING OF ___1___ PAGES, AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

x _[signature]_                    x _July 29, 2003_
RESPONDENT'S SIGNATURE              Date

_[signature]_
INVESTIGATOR

EXHIBIT
RoI-2
5B

PRIVACY ANC NOTICE TO EEO COMPLAINT FOR
DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The Authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, sections 5.2 and 5.3; Title 29, Code of Federal Regulations, section 1614.216; Title 5, United States Code, sections 1303 and 1304; Title 42, United States Code, section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data you supplied previously and information developed by investigation to resolve your equal employment opportunity discrimination complaint. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve your equal employment opportunity discrimination complaint. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, to the intelligence agencies of the Federal Government, or to others for uses published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of information sought is voluntary. However, failure to furnish the information will result in your complaint being returned without action and being recommended for cancellation for failure to prosecute.

X _____           _____
Complainant                            Investigator

Date: _____

Place X _____