## U.S. General Services Administration
## Earl M. Boyd

State Of _____Washington DC_____

County of _____

I, <u>Earl M. Boyd</u> make the following statement freely and voluntarily to Robert Bradley who has identified himself to me as an EEO INVESTIGATOR for the United States General Services Administration knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party.

I HEREBY SOLEMNLY ___AFFIRM_____ to the following:
(SWEAR OR AFFIRM)

My name is Earl M. Boyd (Black, male, DOB: 5/12/54) currently, District Director, Federal Triangle and Central District (former Chief of Police Bureau, FPS, National Capital Region). I deny that the complainant, Corporal George Short, was subject to race, color or age discrimination when he was not selected for deployment to Buffalo, New York on September 18, 2002. During the period of September 16 to 18, 2002, senior FPS NCR Management was on a management retreat in Annapolis, Maryland. During this meeting, Deputy Director Dean Hunter received a request to detail approximately five members from NCR to Region 2 in Buffalo, New York as soon as possible. They needed additional security assistance because some of the terrorists who were being processed from a recent arrest were scheduled to make an appearance at the federal courthouse in Buffalo, New York. NCR was asked to get them there as soon as possible to prepare for the court appearance.

Page 1 of 3                                                     Initials _____ 4/28/03

EXHIBIT
ROI-2
6

On or about the morning of September 17, 2002, Major Wellington Waters, who was at management retreat, contacted Captain John Poston, who was at the Southeast Federal Center in Washington, DC, and directed that he get approximately five volunteers from the NCR Emergency Response Team to travel to Buffalo, New York for the security detail. At least one volunteer had to be a member of the NCR Explosives Detection Canine Unit and had to take an explosives detection canine on the detail. Selected volunteers had to have a valid government credit card and be ready to leave as soon as possible. They had to provide their credit card numbers to Ms. Karen Brand, the Police Bureau administrative officer in order that flight and lodging arrangements could be made immediately. The call to Captain Poston was made in the morning and by early afternoon the selections, airline and hotel reservations, had been made. At that time, the NCR Emergency Response Team consisted of approximately forty members who were assigned to three shifts (day, evening and midnight). The members are of various races, nationalities and gender. Captain Poston determined to canvas people on day shift because they were on duty and could be canvassed right away. The complainant's race, color and age played not part in his non-selection. All the volunteers were taken from the day shift because the day shift was on duty and available for immediate contact at the time the request was forwarded to Captain Poston. No one was selected from evening shift or the night shift because they were not on duty at that time. Five volunteers were selected for this deployment and they were sent to Buffalo, New York. Corporal George Short and others assigned to the evening and midnight shifts were not asked to volunteer because enough volunteers had been found before their shifts returned to duty. By the

Page 2 of 3                                                            Initials _[signature] 4/28/03_

time their shifts returned to duty, the flight and travel arrangements had already been made and confirmed for the selected volunteers. To the best of my recollection, the selections volunteers were two White males, two Black males and one Black female. I deny that Corporal Short's non-selection for this detail had anything to do with his race, color or age.

I HAVE READ THE ABOVE STATEMENT, CONSISTING OF __3__ PAGES, AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

_____          __4/28/03_____
RESPONDENT'S SIGNATURE                    Date

_____
INVESTIGATOR

# PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESS
# (OTHER THAN COMPLAINANT)
# FOR DISCRIMINATION COMPLAINT INVESTIGATIONS

## GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

## AUTHORITY

The Authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, sections 5.2 and 5.3; Title 29, Code of Federal Regulations, section 1614.216; Title 5, United States Code, sections 1303 and 1304; Title 42, United States Code, section 2000e-16; and Executive Order 11478, as amended.

## PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity discrimination complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the equal employment opportunity complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government activities, to the intelligence agencies of the Federal Government, or to others for uses published in the Federal Register. Also, the information will be available to any Department official who is charged with discrimination or wrongdoing.

## EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary, however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceeding against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary. Also, failure to furnish the above requested information where the contract so provides, may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____    _4/28/03_____
Signature                          Date

Investigator: _Robert Bradley_