# U.S. GENERAL SERVICES ADMINISTRATION
# LT. WILLIE SAMPSON

State Of _____Maryland_____

County of _____Prince George's_____

I, Lt. Willie Sampson make the following statement freely and voluntarily to Robert Bradley who has identified himself to me as an EEO INVESTIGATOR for the United States General Services Administration knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party.

I HEREBY SOLEMNLY _____affirm_____ to the following:
                        (SWEAR OR AFFIRM)

My name is Willie Sampson (no prior EEO), Supervisor, Federal Protective Service (FPS), Census Building, Suitland, Maryland. Yes, I was aware the complainant had filed prior EEO complaints. However, I was not directly involved in the complaints. I also deny that I subjected the complainant to harassment based on retaliation for filing his complaints when he was not selected for deployment to the Kentucky Derby. I was contacted by Don Waldon, Central District Director, FPS, Washington, DC and instructed to select a team of officers to be deployed for additional security at the Kentucky Derby. I was told to put a team together as soon as possible. I began to make calls to officers asking who wished to participate in the deployment. Nine-teen officers were to be selected for deployment to the Kentucky Derby. As I called officers, I was able to identify the nine-teen officers before I got to the complainant's name. There was no deliberate attempt to not select the complainant. The list of officers to be deployed was sent to Lt. Robert Holmes, who would serve as the supervisor on this deployment.



EXHIBIT
ROI-2
16

I HAVE READ THE ABOVE STATEMENT, CONSISTING OF ___1___ PAGES, AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

_____*Willie R. Thompson*_____       _____7-28-03_____
RESPONDENT'S SIGNATURE                    Date
_____*Robert Bradley*_____
INVESTIGATOR

PRIVACY ANC NOTICE TO EEO COMPLAINT INTERVIEW WITNESS
(OTHER THAN COMPLAINANT)
FOR DISCRIMINATION COMPLAINT INVESTIGATIONS

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The Authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, sections 5.2 and 5.3; Title 29, Code of Federal Regulations, section 1614.216; Title 5, United States Code, sections 1303 and 1304; Title 42, United States Code, section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity discrimination complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the equal employment opportunity complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government activities, to the intelligence agencies of the Federal Government, or to others for uses published in the Federal Register. Also, the information will be available to any Department official who is charged with discrimination or wrongdoing.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary, however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceeding against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary. Also, failure to furnish the above requested information where the contract so provides, may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____	7-28-03
Signature	Date

Investigator: _Robert Biadle_

# U.S. DEPARTMENT of HOMELAND SECURITY
# LT. ROBERT C. HOLMES

State Of _____ Washington DC _____

County of _____

I, <u>Lt. Robert Holmes</u> make the following statement freely and voluntarily to Robert Bradley who has identified himself to me as an EEO INVESTIGATOR for the United States General Services Administration knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party.

I HEREBY SOLEMNLY ____Swear____ to the following:
                        (SWEAR OR AFFIRM)

My name is Robert Holmes (no prior EEO activity), Supervisor, Federal Protective Service (FPS), Alexandria, VA.. Yes, I was aware the complainant had filed prior EEO complaints. However, I was not directly involved in the complaints. I also deny that I subjected the complainant to harassment based on retaliation for filing his complaints when he was not selected for deployment to the Kentucky Derby. I was not involved in the selection process for the officers that would be deployed. Lt. Willie Sampson prepared the list and sent it to me. I replaced him as the supervisor on this deployment.

I HAVE READ THE ABOVE STATEMENT, CONSISTING OF __1__ PAGES, AND IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

_____[signed] R/H/C Holmes_____        _7/15/03_
RESPONDENT' S SIGNATURE                 Date

_____[signed] Robert Bradley_____
INVESTIGATOR

EXHIBIT
ROI-2
17