**Employees Selected for Buffalo, New York - September 18, 2002**

| EMPLOYEE'S NAME | TITLE | SERIES/GRADE | D.O.B./AGE | RACE | COLOR |
|---|---|---|---|---|---|
| John Childs, III | Police Officer | GS-0083-7/7 | 5/17/1958 - 44 | White | Unknown |
| Diane L. Davis | Police Officer | GS-0083-7/4 | 4/10/1963 - 39 | Black | Unknown |
| Wilbert C. Duckett | Police Officer | GS-0083-7/4 | 11/11/1958 - 44 | Black | Unknown |
| David E. Holmes | Police Officer | GS-0083-7/6 | 10/31/1963 - 39 | Black | Unknown |
| Jonathan D. Williams | Field Training Officer | GS-0083-9/1 | 5/5/1959 - 41 | White | Unknown |

I certify that the employee's name, title and series data on this page bearing my signature are true extracts from the Disciplinary Action file. These files are maintained by the Federal Protective Service, Department of Homeland Security, DHS.

Kayona M. Dade
Management Analyst
Federal Protective Service, Department of Homeland Security

I certify that the date of birth, age, race, and color data on this page bearing my signature are true extracts from the CHRIS database. The database from which the extracts were made is maintained on file.

Barbara V. Stewart
EEO Specialist
EEO, NCR, GSA



EXHIBIT 20