

GSA National Capital Region

OCT 15 2002

Corporal George A. Short
Lead Police Officer
Federal Protective Service
Southeast Federal Center
3rd and M Sts., SE
Washington, DC 20407

Dear Corporal Short:

This refers to our previous letter to you dated August 29, 2002, in which you were informed that we proposed to suspend you from duty and pay for a period not to exceed 30 calendar days.

Up to the date of this letter, you have not responded to the proposal. Therefore, we find that the reasons for taking this action, as set forth in our previous letter are sustained. You are hereby advised that you will be suspended from duty and pay from , **Tuesday, October 22, 2002 until Wednesday, November 20, 2002. You are to return for duty on Thursday, November 21, 2002.**

You have the right to appeal this action to the Merit Systems Protection Board (MSPB) or to grieve it under the negotiated grievance procedures, but **not both**. If you wish to appeal to the MSPB, the regulations and an appeal form have been included as an enclosure to this letter. The appeal form should be completed and filed within 30 days following the effective date of this action. If the appeal is not submitted within the prescribed time limits it will be dismissed as untimely. The address of the MSPB is as follows:

> Regional Director
> Merit Systems Protection Board
> Washington Regional Office
> 1800 Diagonal Road (Suite 205)
> Alexandria, VA 22314-2840

Sincerely,

Andre Jordan
Director
Federal Protective Service

Enclosure

EXHIBIT
RoI-2
27

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov



FEDERAL PROTECTIVE SERVICE POLICE
DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, D.C. 20407

U.S. General Services Administration

# *WEAPON STORAGE POLICY*

The supervisors and officers of the Federal Protective Service Police, Department of Homeland Security shall be governed by the following policy as it applies to Weapon Issuance and Storage.

All supervisors and officers will strictly comply with the contents of this policy.

It shall be the responsibility of each person to qualify with an authorized service weapon. The individual will be responsible for maintaining their service weapon in accordance with authorized standards. The service weapon must be carried and stored at all times in a manner that fully complies with official existing directives. All service weapons will be treated as if they are loaded. Safety must be practiced at all times, whenever the service weapon is being carried and or stored. Compliance with this policy is mandatory by all FPSP personnel with 318 authority.

## Carrying the Service Weapon Off Duty

The service weapon may be carried off duty, only in a residence to work, or work to residence capacity. When transporting the weapon in the above mode, the officer is subject to and must comply with all rules, regulations and directives that are applicable to the on-duty carriage of the service weapon.

## Storage of the Service Weapon

The service weapon will be stored in the respective CDO Office whenever the officer is on an extended leave, (Sick, Annual, LWOP, AWOL etc.) status. The same applies if the officer is in a non-duty related travel status or official travel status that does not require the use of their service weapon.

## Temporary Storage of Service Weapon in the FPSP Pistol Range

The service weapon of all officers will be stored on a temporary basis in the above facility whenever certain situations exist. In instances when an officer is on extended military deployment; officer is in a leave capacity for an undetermined period of time, whether official or unofficial leave capacity; has not completed authorized firearms training; the officer is using and or consuming alcoholic beverages, illegal drug use, and or using prescription drugs that impair physical or mental ability; the officer is on suspension, or has been relieved from duty for cause, or pending an investigation or the officer has been convicted of a crime of domestic violence.

EXHIBIT
ROJ-2
28

www.gsa.gov