## SHORT STAY SURGERY
## DISCHARGE INSTRUCTIONS FOR ENDOSCOPIC PROCEDURES

Circle appropriate procedure: EGD, ERCP, Colonoscopy, other _____

A. Today you received:
   [ ] General anesthesia  [ ] Local anesthesia
   [X] Local anesthesia    [ ] Regional anesthesia
       with sedation       [ ] Intravenous sedation

B. General Instructions
   [X] 1. Avoid alcohol for 24 hours after your procedure
   [X] 2. Eat and drink normally unless instructed otherwise by your doctor
   [ ] 3. If your throat is sore, use throat lozenges or gargle with warm salt water or mouthwash
   [X] 4. Mild abdominal pain and bloating -- drink warm liquids and rest
   [X] 5. If you have SEVERE abdominal pain, fever, chills, chest pain, persistent nausea, vomiting, or signs of bleeding, call your doctor immediately
   [X] 6. If rectal bleeding occurs, call your doctor.

C. Because you have received the medication indicated above, for the remainder of today:
   [X] 1. Do not drive
   [X] 2. Do not operate any electrical appliances or high power equipment
   [X] 3. Do not smoke
   [X] 4. Do not drink alcoholic beverages
   [X] 5. Go directly home and rest

Additional instructions:
   Call Dr. _____ at _____ for a check-up appointment

If unable to reach your doctor, you may call the Washington Adventist Hospital, Emergency Department at: (301) 851-5070

   [ ] If your physician has checked this instruction, your procedure requires that you DO NOT take aspirin or aspirin products for _____ days
Special Instructions: _____

_____  _____  _____
Patient/Significant Other's Signature   RN Signature    Date/Time

_____
MD Signature

CareFirst BlueChoice    HOWARD University and Hospital

EXHIBIT
PJ-2
34E

# WASHINGTON ADVENTIST HOSPITAL
## DRG WORKSHEET

**PHYSICAN PLEASE—**

- Please fill in the principal diagnosis within 48 hours of admission.
- When completing your discharge summary please be sure that the DRG worksheet accurately reflects your patients hospitalization and sign the statement at the bottom.
- Please make your corrections, additions, deletions as needed
- * YOUR SIGNATURE ON THIS FORM WILL PREVENT AN EXTRA TRIP TO MEDICAL RECORDS TO SIGN THE DRG WORKSHEET.

| | ICD-9-CM Codes | DRG | Length of Stay |
|---|---|---|---|
| | | 24 | |

**DIAGNOSIS**

**ADMITTING:** Seizures

**PRINCIPAL:** (The condition established after study to be chiefly responsible for necessitating the admission of the patient)

Seizure disorder - ludeb — 780.3 / 0

**OTHER:** (All conditions or complications that co-exist at the time of admission or occur subsequently which affect the treatment received and/or length of stay)

Hypertension — 401.9
phlebitis č cellulitis — 682.3

Left effusion infiltrate - probably aspiration pne— — 507.0
Hypomagnesemia — 275.2
H/o migraines

Anticipated Date of Discharge

**PROCEDURES**

**PRINCIPAL:** (The procedure most related to the principal diagnosis and one which was performed for definitive treatment rather than one performed for diagnostic or exploratory purposes, or was necessary to take care of a complication)

**OTHER:** 3/9/00 lumbar puncture (Dr. Frah)
3/29/00 carotid angiography — 03.31

CareFirst BlueChoice    HOWARD University and Hospital

HEALTH SERVICES
202-434-6318  800-256-5555
HOWARD UNIVERSITY

ID X1C240904510  GROUP UH-77  ADM CAT PRESENT

MEMBER  NORMA WATKINS-SHORT
PCP  FRANKLIN, JR., CHARLES L.

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL, SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

ATTENDING PHYSICIAN

ROI-2 Ex 34 Page 10

## WASHINGTON ADVENTIST HOSPITAL
## SHORT STAY UNIT
## POST-OPERATIVE DISCHARGE INSTRUCTIONS

Due to the residual effects of the medicines you received during your procedure, you should take the following precautions

1) DO NOT drink alcohol for at least 24 hours, or during the time you are taking pain medication.
2) DO NOT make important personal or business decisions or sign legal documents for 24 hours
3) Limit your activities for 24 hours. DO NOT engage in sports, heavy work, or heavy lifting until your Doctor gives you permission
4) Get plenty of rest to give your body time to repair itself
5) DO NOT drive or operate any appliance or machine that requires good reaction time for 24 hours after surgery or while taking pain medications
6) DO NOT go home alone. You MUST be accompanied by an adult
7) DO NOT smoke for 24 hours. DO NOT smoke alone during the time you are taking pain medication.
8) If you have prescriptions to be filled, follow the directions carefully
9) If your Doctor has not prescribed anything for pain, you may take a non-prescription, non-aspirin pain medication. Follow the directions on the label.
10) If you have a surgical incision, keep the area dry and DO NOT change the dressing until instructed to do so by your Doctor.
11) If you have had surgery on your arm, leg, or head, elevate your incision above the level of your heart whenever you're sitting, resting or sleeping. This will reduce the swelling and ease the pain.
12) Breathe deeply and cough several times each day. This will enhance circulation, clear your lungs, and reduce your risk of developing pneumonia

DIET: Begin with liquids and easily digested foods (jello, soup, toast, crackers, gingerale etc.). If you are not nauseated, progress to your usual diet unless otherwise instructed by your Doctor. Avoid "spicy", "greasy", or "heavy" foods today.

SPECIFIC INSTRUCTIONS

_____

_____

FOLLOW UP CARE: You should see DR _Eros_.
Call _891511_ _____ for an appointment.

WHEN TO CALL YOUR DOCTOR

If your surgical site shows signs of:
- separation or opening up
- increased redness or swelling
- smelly discharge
- increased bleeding or the passing of blood clots

If after taking pain medicine you:
- obtain no relief after a reasonable amount of time
- feel very sleepy, dizzy or groggy
- experience nausea, vomiting, itching or a skin rash

If you - develop a fever
- have prolonged nausea and vomiting
- do not fully understand every aspect of your post-operative care
- notice coldness, numbness, tingling or a bluish color developing in an extremity

CareFirst BlueChoice — HOWARD University and Hospital

MEMBER SERVICES
202-484-6318   800-296-5555
HOWARD UNIVERSITY

ID X1C240904510   GROUP UH77   ADM CERT PRE-CERT

MEMBER NORMA WATKINS SHORT
PCP FRANKLIN, JR, CHARLES L.
CO-PAY P10 S10 IPO ER4C
P5 S5 IPO ER20

THESE DISCHARGE INSTRUCTIONS HAVE BEEN EXPLAINED TO THE PATIENT AND OR SIGNIFICANT OTHER & COPIES HAVE BEEN GIVEN TO THE PATIENT AND OR SIGNIFICANT OTHER

_signatures_

ROI Ex 34 Page 11

# DISABILITY CERTIFICATE

**CHARLES L. FRANKLIN, JR., M.D.**
FAMILY PRACTICE
11120 NEW HAMPSHIRE AVENUE, SUITE 408
SILVER SPRING, MARYLAND 20904-2833
TELEPHONE (301) 681-6854
FAX (301) 681-2607

Date 7/3/02

This is to certify that George Short

has been under my professional care and was totally incapacitated from 7/3/02 to 7/8/02.

As of this date he/she is
☐ Still unable to return to work/school
☒ Sufficiently recovered to resume a normal workload
☐ Sufficiently recovered to return to work/school with the following limitations:

_____
_____
_____

Dr. Charles Franklin


EXHIBIT
ROI-2
34 F