# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME (Last, First, Middle Initial) | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| Short George A. | 231-5H-1004 |

**3. ORGANIZATION** WPSDE

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From: | To: | TIME From: | To: | TOTAL HOURS | 5. FAMILY AND MEDICAL LEAVE |
|---|---|---|---|---|---|---|
| ☒ Accrued Annual Leave | Dec 24 | Dec 26 ~~Disapproved~~ | 3:00 | 11:00 | 16 | only 8 HRS. If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information: |
| ☐ Restored Annual Leave | | | | | | |
| ☐ Advance Annual Leave | | | | | | |
| ☐ Accrued Sick Leave | | | | | | ☐ I hereby invoke my entitlement to Family and Medical Leave for: |
| ☐ Advance Sick Leave | | | | | | |

Purpose: ☐ Medical/dental/optical examination of requesting employee    ☐ Other
☐ Care of family member/bereavement, including medical/dental/optical examination of family member

☐ Birth/Adoption/Foster Care
☐ Serious Health Condition of Spouse, Son, Daughter, or Parent
☐ Serious Health Condition of Self

| ☐ Compensatory Time Off | | | | | | Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993. |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | | |
| ☐ Leave Without Pay | | | | | | |

**6. REMARKS:**

**7. CERTIFICATION:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE _George A. Short_    DATE 10-15-02

**8. OFFICIAL ACTION ON REQUEST:** ☒ APPROVED  ☐ DISAPPROVED    only 12/24/02
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE _A+R Shams_    DATE 12/14/02

## PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than indicated above, it may provide you with an additional statement reflecting those purposes.

U.S. OFFICE OF PERSONNEL MANAGEMENT
AUTHORIZED FOR LOCAL REPRODUCTION

EXHIBIT
ROI-2
34H

STANDARD FORM 71 (Rev. 12-97)
PREVIOUS EDITION MAY BE USED

ROI-2 Ex. 34 Page 13

# REQUEST FOR LEAVE OR APPROVED ABSENCE

| 1. NAME (Last, First, Middle Initial) | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| Short, George A. | 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 |

**3. ORGANIZATION**  WPSDE

*Approved*

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From: | To: | TIME From: | To: | TOTAL HOURS | 5. FAMILY AND MEDICAL LEAVE |
|---|---|---|---|---|---|---|
| ☒ Accrued Annual Leave | Dec 31 | Jan 1 | 3:00 | 11:00 | 16 | If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information: |
| ☐ Restored Annual Leave | | | | | | |
| ☐ Advance Annual Leave | | | | | | |
| ☐ Accrued Sick Leave | | | | | | ☐ I hereby invoke my entitlement to Family and Medical Leave for: |
| ☐ Advance Sick Leave | | | | | | |
| Purpose: ☐ Medical/dental/optical examination of requesting employee  ☐ Other  ☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | | ☐ Birth/Adoption/Foster Care ☐ Serious Health Condition of Spouse, Son, Daughter, or Parent ☐ Serious Health Condition of Self |
| ☐ Compensatory Time Off | | | | | | Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993. |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | | |
| ☐ Leave Without Pay | | | | | | |

**6. REMARKS:**

**7. CERTIFICATION:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE  *George A. Short*   DATE  10-13-03

**8. OFFICIAL ACTION ON REQUEST:** ☒ APPROVED  ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE                                              DATE

### PRIVACY ACT STATEMENT

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or to the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it will provide you with an additional statement reflecting these purposes.

U.S. OFFICE OF PERSONNEL MANAGEMENT
AUTHORIZED FOR LOCAL REPRODUCTION

EXHIBIT
ROI-2
34 I

STANDARD FORM 71 (Rev. 12-97)
PREVIOUS EDITION MAY BE USED

ROI 2 Ex. 34 Page 14