

U.S. General Services Administration

June 19, 2002

TO:     ALL FEDERAL PROTECTIVE SERVICE POLICE
        SUPERVISORS & POLICE OFFICERS, FIRST &
        SECOND SHIFTS'



EXHIBIT
ROI-2
35

FROM:   DON WALDON, LIEUTENANT COLONEL
        ASSISTANT CHIEF
        POLICE BUREAU/ENFORCEMENT SECTION (WPSO)
        FEDERAL PROTECTIVE SERVICE POLICE
        FEDERAL PROTECTIVE SERVICE DIVISION

SUBJECT:     CANCELLATION OF DAY OFF

On June 29, 2002, the activist group ANSWER is sponsoring a demonstration/march on the Department of Justice Headquarters and the Federal Bureau of Investigation Headquarters. The buildings being targeted are the Department of Justice, located at 9th & Pennsylvania Avenues, N.W. and the Hoover Building, located directly across the street from the Department of Justice.

ANSWER is soliciting support from practically every known imaginable active civil rights group. Groups such as the Arab Americans, Muslim and South Asian Coalitions are being heavily recruited, for obvious reasons. The sponsor is using racial, religious and political issues to garner support. In view of the tactics being used, we are not certain just what the outcome of the demonstrsation/march might be.

**Therefore, the decision has been made to cancel all First Shift Supervisors and Officers Day Off on June 29, 2002.**

Additionally, we have received scattered intelligence information that, July 4, 2002, is a date that has been identified by some terrorist operatives, as a date that they will undertake some type of terrorist action. This action will possibly take place in the Washington, D.C. area.

**In order to ensure that the necessary coverage and response personnel are available. On July 4, 2002 all Supervisors and Officers who are assigned to the 1st and 2nd Shifts, who are scheduled for duty on this date, will not be excused from duty. The**

Supervisors and Officers who are assigned to the 1st Shift should be prepared to work an Extended Shift. The 1st Shift will overlap into the 2nd Shift. The only exceptions will be, personnel who are on Previously Scheduled Annual Leave.

I know that these changes in the work schedule will possibly have an adverse impact on your lives and for this we apologize. Let me express our advance appreciation for your cooperation and understanding on this matter.

July 06, 2002

MEMORANDUM FOR: LT. R. L. THOMAS

FROM:          CAPT. R. A. SIMMS

SUBJECT:       CPL. G. A. SHORT

On Friday, June 28, 2002, I over heard a conversation between Cpl. G. Short and Sgt. B. Sherrod about leave for June 29, 2002, I interrupted the conversation to let them know that no leave could be grant because of the demonstration that was planned for the next day June 29, 2002. Also if an officer or a supervisor did not already have leave scheduled for June 29, or July 04 no leave would be granted, and they could not be excused on those dates. Sgt. B. Sherrod said that was right he had forgotten about the memo from the assistant chief. As Cpl. G. Short left the office he stated that he would not be in. I told him as a leader, he shouldn't make that kind of statement. There was know further conversation between us.

EXHIBIT
ROI-2
36