*Refused to Sign* ~~[illegible]~~ 8-29-02
*[illegible signature]*
1837 hrs

Signature                            Date



GSA National Capital Region

AUG 29 2002

Corporal George A. Short
Lead Police Officer
Federal Protective Service
Southeast Federal Center
3rd and M Sts., SE
Washington, DC 20407

Dear Corporal Short:

This is a notice of proposed action against you.

As a Corporal (Lead) GS-083-9 Police Officer, you are responsible for providing leadership and guidance to a team of police officers in addition to your other duties.

For the following reasons, we propose to suspend you from duty and pay for a period not to exceed (30) working days.

### CHARGE #1: Failure To Follow Instructions

**Specification:**

On Saturday June 8, 2002, you were assigned to work as an acting supervisory police officer. At approximately 3:35 p.m., you were informed that there was a man with a pistol trying to enter the Ronald Reagan Building. You responded to the Ronald Reagan Building. The Acting Watch Commander and your second line supervisor, Lieutenant Reginald Thomas, instructed you to arrest the suspect and bring him to Building 74 at the Southeast Federal Center to be charged. These instructions were repeated to you several times. Despite these instructions, you released the suspect and returned his unregistered pistol to him.

### CHARGE #2: Disrespectful Behavior Toward A Supervisor

**Specification:**

Shortly after the events that took place at the Ronald Reagan Building you went to the Control Duty Officer's Office. You stated to your second line supervisor, Lt Reginald Thomas, "the problem with these dumb black niggers", or words to that effect. Lieutenant Thomas asked if you were referring to him as a dumb black nigger. You

EXHIBIT
ROI- 2
41

U.S. General Services Administration
301 7th Street, SW
Washington DC 20407-0001
www.gsa.gov

-2-

stated, "That's right Lieutenant, that's what I said, these dumb black niggers think they know everything", or words to that effect. You then stated that's why there are so many problems with the Lieutenant and that's why other people have problems with him and why none of the other officers like him, or words to that effect.

### CHARGE #3: Absent Without Leave (AWOL)

**Specification:**

Your tour of duty is 3 p.m. to 11 p.m., Tuesday through Saturday. On July 3, 2002 through July 5, 2002, for a total of 24 hours, you were absent without authority or adequate justification from your required duty station.

By memorandum, dated June 19, 2002, the Assistant Chief of Police cancelled all leave for June 29 and July 4, 2002.

You submitted an SF-71, Request for Leave or Approved Absence, on June 4, 2002, requesting annual leave for July 4, 2002. This request was disapproved by Lt Reginald Thomas on June 19, 2002. On June 28, 2002, you submitted a request for annual leave for June 29, 2002, which request was dated June 17, 2002. This request was also denied. Despite these denials, you stated in the presence of Sgt. Sherrod and Captain Simms that you would not be coming to work on June 29, 2002 or July 4, 2002.

On June 29, 2002, you called to request leave for an emergency. Your request was denied and you were listed as AWOL for June 29, 2002. Later, you submitted documentation that your wife underwent a surgical procedure on June 29, 2002; therefore, your leave status was changed from AWOL to an approved status.

On July 3, 2002, you called and stated you were unable to report for duty because you were ill. You returned to work on July 6, 2002. Upon your return to duty, you submitted a disability certificate, dated July 3, 2002, which stated that you were totally incapacitated from July 3 to July 8, 2002. No leave was approved for your absence from July 3 through July 5, 2002 and you were listed as AWOL because the medical certificate was not acceptable. First of all, the certificate did not include a description of the medical condition that caused you to be incapacitated. Second, the certificate stated that you were totally incapacitated for the period July 3 to July 8, 2002. However, the certificate was dated July 3, 2002. Furthermore, although the certificate stated that you had been totally incapacitated until July 8, 2002, you returned for duty on July 6, 2002 and worked not only your regular shift but also overtime. In addition, the doctor checked "sufficiently recovered [as of July 3, 2002] to resume a normal work load."

-3-

When presented with the Record of Infraction, you chose not to make a statement.

In proposing a 30-day suspension, I considered as aggravating factors your position as a Lead Police Officer and Acting Supervisor, and the seriousness of your offenses. As a Lead Police Officer, you are expected to set the example for your subordinates, follow the directions you are given, and enforce laws and regulations. Releasing a suspect who has violated D.C. law and may present a danger to persons or property, despite your supervisor's repeated instructions to the contrary, is a serious offense. Calling your supervisor derogatory, offensive names in the presence of a subordinate officer is intolerable. Being AWOL on July 4th when all police officers were needed to work in order to respond to potential terrorist threats is unacceptable.

From the date you receive this letter you will have 15 days to reply. Your answer may be made in person, or in writing or both. You may also submit affidavits in support of your answer, and an attorney or other representative may represent you. Full consideration will be given to any reply or affidavits you submit. Your replies should be made to the official listed below, or to any official acting in his capacity, at the address below:

> Mr. Andre Jordan
> Director
> Federal Protective Service
> Southeast Federal Center
> Building 74, Suite 110
> 3rd and M Sts., S.E.
> Washington, DC 20407

Should you wish to make an oral response you must schedule an appointment by calling (202) 690-9632.

You are entitled to review the documentation on which this action is based by contacting Patty Evans at the Office of Human Resources, ROB, Room 1030, #202-708-5321.

In the meantime you will be continued in an active duty status. When we have reached a final decision you will be notified.

Sincerely,

Dean S. Hunter
Deputy Director
Federal Protective Service

October 23, 2002
To: Chief Earl Boyd
    Office Of The Director
    Federal Protective Service
    South East Federal Center
    Bldg. 74 Suite 110
    3rd & M St. S.E.
    Washington, D.C. 20407

From: Cpl. George A. Short
      F.P.S. Police WPSOE
      2nd Shift Bldg. 74

Subject: Response to Charges and Notice of Proposed 30 Days Suspension Against Me

Dear Chief Boyd:

In no way do I go along with the charges against me. The 30 days suspension is going to the extreme, especially under the very stressful conditions at work. All of this does not accurately or fairly described me as a Police Officer of 35 years. It is harassment and discrimination big time.

On June 29, 2002, I requested emergency leave from my supervisor Lt. Thomas so I could take my wife to the Hospital. From the outset he, #3 Denied me this leave and carried me unfairly as AWOL. Lt. Thomas ordered me to bring in a doctor slip. Because of Hospital shift changes I was not able to get a doctor slip. So instead I gave my Senior Commander, Capt. Webb Mitchell a copy of a Hospital Registration Form with my Wife's condition and the treatment. Due to bad on going working relations with Lt. Thomas (He Is So Distrustful), I decided to give the form to someone in authority over him. In short it made no sense to deny me emergency leave but Lt. Thomas did it anyway. I am not shocked over his actions. They have in a big way stressed me out in carrying out my duties as a Cpl. Police Officer.

He is so hard to reason with. There is no doubt he refuses to listen to me with an open mind when it comes to my experience and police duties. #1 Failure to follow instructions and #2 Disrespectful behavior toward a supervisor comes from the Hostile Environment he has work so hard to create over the years.

GEORGE A. SHORT



EXHIBIT
ROI - 2
42