April 11, 2003

Avis B. Johnson
National Capitol Region
301 7th Street S.W. Regional Office Building
Washington, D.C. 20407-0001

Dear Avis B. Johnson:

I am filing a formal compliant of **discrimination** of which I have been a victim based on: 1.**Age**, 2.**Sex** and 3.**Unequal Pay**.

I was born on April 1, 1943. I have been a corporal with the Federal Protective Service (FPS), for over 15 years. I have worked for the FPS for about 33 years. I have performed the duties of a sergeant with with FPS since 1995. During this time as acting sergeant, I have not been paid at the sergeant pay grade.

On about February 13, 2003 I learned from the Federal Protective Service; Nation Capitol Region Bulletin that Cpl. C. Talley was given a temporary promotion to sergeant.

There was no announcement for this position, which I could not bid on and no selection process.

I am seeking back pay from the day that Sgt. C. Tally was made and paid sergeant's pay, plus compensatory damages.

Sincerely,

George A. Short

RECEIVED
2003 APR 16 P 2:51
GSA-NCR EEO OFFICE

Case # 03-NCR-LMS-14

EXHIBIT
ROI-14
/