

# FEDERAL PROTECTIVE SERVICE
## NATIONAL CAPITAL REGION

# <u>BULLETIN</u>

| VOLUME VI | NUMBER 7 | FEBRUARY 13, 2003 |
|---|---|---|

### FROM THE DIRECTOR

#### <u>From The U.S. Department of Homeland Security:</u>

#### Bureau of Immigration and Customs Enforcement

This Bureau will bring together the enforcement and investigation arms of the Customs Service, the investigative and enforcement functions of Immigration and Naturalization Service and the **Federal Protective Services**. The reorganization involves approximately 14,000 employees, including 5,500 criminal investigators, 4,000 employees for immigration and deportation services and **1,500 Federal Protective Service** personnel that will focus on the mission of enforcing the full range of immigration and customs laws within the interior of the United States in addition to protecting specified federal buildings. The air and marine enforcement functions of the Customs Service will also be a part of this bureau.

-------------------------------------------------------------------------------------------------------------------

#### National Security Alert Guidelines

Associates should review this material periodically.

ORANGE:  Associated with the **High Condition** identified by the Homeland Security Advisory System. These measures apply when an emergency situation occurs and/or intelligence is received indicating that some form of emergency situation against customers and facilities is likely. Implementation of measures in this alert level for more than a short period probably will create hardship, affect the operations of our customers, and significantly increase operating costs. It indicates a high risk of terrorist attacks.

| | | | | |
|---|---|---|---|---|
| **4a.** Continue, or introduce, all measures listed in Alert Level Yellow. | X | X | X | X |
| **4b.** All FPS personnel are subject to emergency recall. | X | X | X | X |
| **4c.** Limit facility access points to the absolute minimum. | X | X | X | X |



EXHIBIT
ROI-14
2C

| | | | | |
|---|---|---|---|---|
| **4d. Strictly enforce control of entry. Randomly search vehicles.** | * | * | X | X |
| **4e.** Increase patrol tempo of security guards, police officers, and LESO's. | * | * | X | X |
| **4f.** Protect all designated vulnerable points. | X | X | X | X |
| **4g. Erect barriers and obstacles to control traffic flow.** | * | * | * | X |
| **4h. Consult local authorities about closing public streets that might make facilities more vulnerable to attacks.** | * | * | * | X |
| **4i.** Coordinate necessary security efforts with armed forces and other law enforcement agencies. | * | * | * | * |
| **4j. Restrict outside vehicular parking to 300 feet of the facility. Use other measures where distance cannot be achieved.** | * | * | * | X |

---

**From: Headquarters, Homeland Security Group**

Greetings from the HQ, Homeland Security Group. As many of you know, The Federal Protective Service was tasked with conducting a rapid survey of the temporary headquarters for the Department of Homeland Security. LESOs **Greg Mazzie, Clay Townshend, Marty Koski** and Jim Newton conducted an assessment within 24 hours. Within an additional 24 hours, the Federal Protective Service was then tasked to provide security for the temporary headquarters. FPS/NCR quickly stepped up to the plate and met the goal. Currently Federal Protective Service Officers, Canine Officers, and Law Enforcement and Security Officers are protecting the facility and representing FPS in an exceptional manner. The first person and last person Secretary Ridge sees when he arrives and departs the headquarters building is wearing the uniform of the Federal Protective Service.

The Headquarters, Homeland Security Group wishes to congratulate Lieutenant **Maybelle Hallman** on her temporary promotion to Captain; Sergeant **Marilyn Brown** on her temporary promotion to lieutenant; Corporal **Cassandra Talley** on her temporary promotion to Sergeant; and Field Training Officer **Gary Weaver** on his temporary promotion to Corporal.

**David Schmick**
Area Commander, HQ Homeland Security
202.619.9318
Congratulations to LT **Ed Roberts,** the new Acting FPS Watch Commander at the Homeland Security Center. In this roll, Ed represents FPS along side our other DHS components at the command center.

Also congratulations to SGT **Scott Williams**, who will serve as the Acting Lieutenant at the Ronald Reagan Building.

Congratulations to Ed and Scott!

--**Patrick**

---

Greg

I would like to thank you for your assistance in having the IDS keypads located in the Main Guard at the J.W. Powell Building moved to the dispatcher's desk. Having the keypads located across the room from where the CCTV cameras are located has been problematic for years. This is a great improvement.

I would also like to thank **Paul Hughes**, who was a tremendous help in planning this improvement. He did a great job in coordinating everything so that we received a fantastic final product.

Finally, I would like to thank **Chester Chinn** and **John Perkins** for the outstanding installation job. Not only did they install the new keypads, they left the old keypads functional. This allows the guards to check the alarm status from their desk and from the original location of the keypads.

Once again, great job. Thank you.

**Kathi Evans**
Bureau Assistant Security Manager
U.S. Geological Survey

---

## POLICE BUREAU

* 2/7/03 - Theft: Gov't. Property - 1653 Hrs. - EPA -- FPS investigated the report of a computer chip, valued at $100, which was removed from a computer in EPA space, on the 6th floor.

* 2/10/03 - Theft: Personal Property - 2200 Hrs. -- FPS investigated the report of the theft of the victim's RRB ID from his car parked on the street at Madison Dr.

* 2/10/03 - Suspicious Package - 1030 Hrs. -- FPS investigated the report of a canvass bag left by the B-1 level of the RRB garage South ramp revenue gate. The bag, which was open at the top, contained personal papers of a parking attendant.

* 2/11/03 - Damage: Personal Property - 1455 Hrs. -- FPS investigated the report of a car that struck the Delta Barrier on the 14th St. South Ramp while it was in the raised position. The RP stated she got too

close to the Delta Barrier and could not stop in time.   There was no apparent damage to the car or barrier.

* 2/12/03 - Damage: Personal Property - 1830 Hrs. -- FPS investigated the report of a guard who accidentally hit the up-button on the Delta Barrier while a car was passing over it, damaging the undercarriage of the car.

* 2/12/03 - Suspicious Package - 0833 Hrs. -- FPS investigated the report of a suspicious package on the B-2 loading dock, in bay 8.  The package turned out to contain air filters.

---

## YOUR HR CORNER

**From Cheryl Eyre, Director, Human Resources:**

The HR Team will be available on Tuesday, February 18, 2002, in the Roll Call Room to answer general questions.  It is preferred that you make an appointment, but it is not mandatory.  If you would like to request your OPF folder, you need to request it a week in advance.  All requests for OPF folders should be sent via email to **Glenda West** at glenda.west@gsa.gov or contact her on (202) 708-5300.

---

## OTHER ITEMS

**Federal Protective Service Assists Shuttle Recovery Effort**

In response to the President's declaration authorizing immediate federal assistance in the recovery of debris from the Space Shuttle Columbia, Federal Protective Service personnel deployed immediately. Federal Protective Service Area Commander **Paul Gilbreath** of the Greater Southwest Region deployed to Lufkin, Texas, February 1.  Based on his assessment, a team of Federal Protective Service personnel from the Region followed the next day (Sunday).  They provided security for the FBI evidence response teams and the FEMA command center.  FEMA requested security for their command vehicles at 8 p.m. Sunday night, and Federal Protective Service personnel responded immediately.

The FPS team consisted of Team Leader Paul Gilbreath, Corporals **Steve Bellew** and **Mark McElyea**, Officers **Joe Bruno** and **Doug Robertson**, Special Agent **Carlos Prieto**, and Chief of Administrative and Management Services **Gene Pruitt**.
Contact: **Dwayne Andrews**, (817) 334-5728.

**Agencies now have permanent buyout authority**

GovExec

Federal agencies can start offering buyouts of up to $25,000 to their employees, under a regulation issued this week. Congress granted the new buyout authority in the law creating the new **Homeland Security Department,** but applied the authority to most federal agencies. The new Office of Personnel Management regulation, published in the <u>Feb. 4</u> *Federal Register*, marks the beginning of a new era in buyouts for the federal government. Instead of offering buyouts only when they are downsizing their workforces, **federal agency leaders can now offer buyouts during any restructuring.** That means agencies don't have to eliminate a position every time they issue a buyout. In addition, agencies' authority to offer buyouts is now <u>permanent,</u> unlike previous years in which Congress gave agencies only brief windows to offer them. Agencies will now submit plans to the Office of Personnel Management whenever they plan to offer buyouts, rather than first seek legal authority from Congress and then seek approval from the Office of Management and Budget. The permanent legal authority will make it easier for agencies to offer buyouts. It should be noted, however, that OPM officials are requiring extensive written justification before granting buyout authority.

Many federal employees could see buyouts as a result of the change, as agencies across government, from the **Homeland Security Department** to the Defense Department to the FBI reorganize to deal with changing missions. It is also possible that few agencies will offer the buyouts, since many human resources managers are worried about large numbers of retirements in the coming years, and buyouts encourage people to retire. Some federal human resources directors have said they would use such buyout authority when certain types of employees' skills are no longer needed by the agency. They could also use the authority to control the flow of retirements and avoid a sudden surge of retirements.

-------------------------------------------------------------------------------------------------------------

**January TSP numbers in doldrums**

GovExec

The Thrift Savings Plan's C, S, and I funds got off to an inauspicious start in 2003, posting negative returns last month, according to the latest numbers from the plan. The **C fund,** which invests in common stocks, dipped 2.67 percent in January, after falling 5.85 percent in December. The fund, which was in a funk for most of 2002, has plunged 22.99 percent in the last 12 months.

The **S fund** slipped in January, falling 2.35 percent after a 4.32 drop in December. The S fund, which invests in the stocks of small- and mid-sized companies, has tumbled 18.42 percent since February 2002.

The **I fund,** which invests in international stocks, declined 4.24 percent in January, after decreasing 3.27 percent in December. The fund has fallen 15 percent in the last year.

The TSP's **G fund** rose by 0.35 percent in January, after gaining 0.38 in the last month of 2002. The fund, made up of government securities, has picked up 4.89 percent in the last 12 months.

The **F fund** increased 0.10 percent in January, after posting a positive return of 2.08 percent in December. The fund, which consists of fixed-income bonds and is one of the TSP's most consistent performers, rose 9.52 percent over the last year.

---

### French Police Seize Mobile Phone Guns

Reuters

ROUEN, France -- French police said they had seized two lethal mobile phones capable of shooting four bullets, with the digital touchpads used as triggers. The black telephones, identical to normal mobile phones on the outside, were discovered in a raid on a suspected gangster's home on Tuesday in the northern town of Rouen. The fake phones come apart in the middle to reveal a four-chamber secret compartment for .22 caliber bullets, which can be shot out of a protruding fake aerial. "These would be lethal at 10 meters," said Michel Lavaud, head of a local police brigade. Lavaud said police thought the weapons were of a kind believed to be made in eastern Europe and to have appeared in Belgium and the Netherlands in 2001.

[*Note: Police in the US-- including FPS -- were warned about this weapon last year.*]

---

### Feds pull suspicious .gov site

CNET News

WASHINGTON--In a move that raises questions about the security of governmental domains, the Bush administration has pulled the plug on a .gov Web site pending an investigation into the authenticity of the organization that controlled it. Until recently, visitors to the AONN.gov Web site were treated to a smorgasbord of information about an agency calling itself the Access One Network Northwest (AONN), a self-described cyberwarfare unit claiming to employ more than 2,000 people and had the support of the U.S. Department of Defense. No federal agency called AONN appears to exist, and no agency with that name is on the official list of organizations maintained by the U.S. National Institute of Standards and Technology.

The General Services Administration (GSA), which runs the .gov registry, pulled the domain on Jan. 24, after a query from CNET News.com. "There are questions about the authenticity of the Web site that includes the AONN name," the agency said in an e-mail reply. "Until the situation is resolved, we have eliminated the URL from the .gov directory name server." The action could point to the first case of a .gov domain name hijacking.

The GSA investigation raises questions about the integrity of federal Web sites at a time when the Bush administration is touting electronic government initiatives. There are no known cybersquatting incidents involving a governmental domain, according to the GSA. "I'm not aware of any incident" in the past

when an unapproved individual has gained control of a .gov domain name, an agency representative said.

Claiming credit for the deleted .gov site is a man who calls himself Robert L. Taylor III, whose name and contact information appeared in documents on the AONN.gov site. "We have exploited a security hole in the bureaucracy," Taylor said in a telephone interview. "There are loopholes, there are security holes, there are holes in the system."

It's unclear when the site was first registered or how Taylor may have taken control of a .gov domain. According to the official .gov registration rules, only organizations that appear in an official list of government agencies qualify for a .gov domain. One loophole exists for city and state governments, which were allowed to register .gov domains before the current rules took effect in May 1997. Such registrations are no longer permitted. But local and state governments with existing sites were allowed to keep them.

Registering a .gov domain name involves writing an authorization letter -- two samples are provided on the GSA Web site -- printing it out, and then sending it to the ".GOV Domain Manager" in Reston, Va. The GSA would not comment on what security measures were in place, and what changes, if any, have been made.

---------------------------------------------------------------------------------------------------------

**A corporate attorney sent the following out to the employees in his company:**

The next time you order checks, have only your initials (instead of first name) and last name put on them. If someone takes your checkbook they will not know if you sign your checks with just your initials or your first name but your bank will know how you sign your checks. Put your work phone # on your checks instead of your home phone. If you have a PO Box use that instead of your home address. If you do not have a PO Box use your work address. **Never have your SS# printed on your checks.**

Place the contents of your wallet on a photocopy machine, do both sides of each license, credit card, etc. You will know what you had in your wallet and all of the account numbers and phone numbers to call and cancel. Keep the photocopy in a safe place; also carry a photocopy of your passport when you travel either here or abroad.

We have all been told that we should cancel our credit cards immediately. But the key is having the toll free numbers and your card numbers handy so you know whom to call. Keep those where you can find them easily.

File a police report immediately in the jurisdiction where it was stolen; this proves to credit providers you were diligent and is a first step toward an investigation (if there ever is one).

But here's what is perhaps most important: **call the three national credit-reporting organizations immediately to place a fraud alert on your name and Social Security number.** The alert means any

company that checks your credit knows your information was stolen and they have to contact you by phone to authorize new credit.

The numbers are:

**Equifax: 1-800-525-6285**
**Experian (formerly TRW): 1-888-397-3742**
**Trans Union: 1-800-680-7289**
**Social Security Administration (fraud line): 1-800-269-0271**

---

**Black American Contributions to our Nation's History**
**(Part 1)**

### FREDERICK DOUGLASS (1817-1895)
### A Great American

Frederick Douglass was born Frederick Washington Bailey in Tukahoe, Maryland, 186 years ago on February 7, 1817. At the age of eight, he was separated from his family and sent to Baltimore where the lady of the house defied state law by teaching him to read. Douglass lived in Baltimore until his mid-teens. He returned to Tukahoe and at the age of 21 escaped to New York City, changing his name to Frederick Douglass.

After hearing him speak in 1841, William Lloyd Garrison (owner of the anti-slavery Boston newspaper, *The Liberator*) arranged for Douglass to become an agent and lecturer for the American Anti-Slavery Society. Douglass traveled to Britain where he lectured on slavery and raised funds for his own anti-slavery newspaper, *The North Star*.

Frederick Douglass has been called the father of the civil rights movement. He rose through determination, brilliance, and eloquence to shape America. He was an abolitionist, human rights and women's rights activist, orator, author, journalist, publisher, and social reformer. Committed to freedom, Douglass dedicated his life to achieving justice for all Americans, in particular African-Americans, women, and minority groups. He envisioned America as an inclusive nation strengthened by diversity and free of discrimination. Douglas died in Washington on February 20, 1895.

*NCR associates may wish to visit the Frederick Douglass National Historic Site at Cedar Hill in Southeast Washington, D.C.*

**(Part 2)**

## BOOKER T. WASHINGTON (1856-1915)
### Educator & Founder of the Tuskegee Institute

Booker T. Washington rose up from slavery and illiteracy to become one of the foremost educators and leaders of African-Americans at the turn of the 20th century. The realities of life as a slave on a 207-acre tobacco farm in piedmont Virginia, the quest by African-Americans for education and equality, and the post-Civil War struggle over political participation all shaped the options and choices of Booker T. Washington. A realist and a man of action, he became one of the most important African-American leaders of his time. He was committed to improving the lives of African-Americans after the Civil War. Washington advocated economic independence through self-help, hard work, and a practical education.

Washington attended Hampton Normal and Agricultural Institute in Virginia (Hampton University). Upon completion of his studies, he was hired to teach Native American youths and later to direct a night school for young black men and women. His drive and vision are credited for founding the Tuskegee Institute in Alabama in 1881, a major African-American presence and place of learning.

During his life, Washington was a powerful symbol and interpreter of the black experience in America. He met with and influenced Presidents (Teddy Roosevelt and Grover Cleveland); marshalled considerable finances from backers of the day (Andrew Carnegie, William Baldwin, Julius Rosenwald, and others); and founded the influential National Negro Business League. Booker T. Washington indisputably had a vision of a free and united America.

*NCR Associates may like to visit the Booker T. Washington National Monument in Hardy, Virginia.*

-------------------------------------------------------------------------------------------------------

### Milwaukee police officer retiring at 86

AP

MILWAUKEE, Wisconsin -- One of the oldest active police officers in the country is retiring after more than 60 years on the force. "I woke up one morning at 4 a.m. and it just seemed as though God was standing there and telling me, 'It's about time Andy,'" said Lt. Andrew Anewenter, 86. The great-grandfather holds the record for longest service in the department. His last day will be March 14.

Anewenter said he figured he would have to learn a whole new procedure in November when the department gets a new chief -- and he's tired of all the paperwork and 10-hour days. "I think I needed a little bit more time for myself and my wife," Anewenter said. He made the decision last week and turned in his paperwork Monday. He was invited to the command staff meeting Wednesday, where they presented him with a plaque and praised him for all his years on the job. "I am retiring to possibly some other category, you know, whether it's volunteer work or financial return," he said. "Even with my seniority, they feel I have things to offer and I have."

Anewenter started with the department **June 1, 1942**, and has investigated murders, assaults, thefts, counterfeiting, drugs, and a plane crash, and worked security for celebrities, including Elvis Presley. President Bush congratulated Anewenter for his decades of service last May during a visit to Milwaukee.

*The FPS NCR Weekly Bulletin offers items of interest that you may not be aware of, or we feel are worth mentioning.  If you have any items for future Bulletins, please e-mail your items to Larry Hubert by Tuesday of each week for publication on Thursday.*

**Dean Hunter**                                                                                    **Larry Hubert**
**Acting Director, WPS**                                                                        **Editor**



C. If, at careful review of the employee's performance, it is determined that the work is not satisfactory then the supervisor must initiate action to separate the employee before the end of the probationary period.

D. Similar consideration will be given to the employee's conduct during the probationary period. Probationary employees are to receive a copy of the Standards of Conduct and violations of those standards will result in the employee's termination.

E. If it is apparent that the employee is to be retained, the supervisor will so certify sometime after the ninth month of employment; if the employee is going to be terminated he/she will receive a written notice approximately one week before the termination.

# Article 17
# Details, Reassignments, and Voluntary Changes

## Section 1.    Details

A. Definition

A detail is the temporary assignment of an employee to a different position or to a different set of duties for a specified period, with the employee returning to his/her regular duties at the end of the detail, as the employee continues to be the incumbent of the position from which detailed.

B. Documentation

The Employer agrees that employees shall be recognized for the work they perform. Therefore, details in excess of thirty (30) days will be documented and maintained as a permanent record in the employee's Official Personnel Folder (OPF). This will not preclude employees from updating their OPF with memorandums which document details of less than thirty (30) days.

C. Higher Graded Duties

Details to higher graded positions, or to positions of known promotion potential will be accomplished in accordance with the procedures contained in Article 18, Merit Staffing.

D. Lower Graded Duties

Performance of lower graded duties officially assigned by Management which are outside an employee's position shall not result in loss of recorded or credited time in the grade of the employee's permanent position. Performance of lower graded duties officially assigned by Management which are outside an employee's position shall not be the basis for a lowered assessment or appraisal of the employee.

E. Appropriate Use of Detail

Details shall be used to meet temporary needs of the Employer's work program when necessary services cannot be obtained by other means. This includes, but is not limited to: meeting unusual workload demands, special projects or studies, change in mission organization, or employee absences. Whenever practicable, details will be rotated fairly and equitably among qualified employees. Details or a series of rotating details will not be used for the purpose of avoiding a temporary or permanent promotion. Details will not be used to reward or punish employees.

## Section 2.    Reassignments

A. Definition

Reassignment means a change of an employee, while serving continuously within the same agency, from one position to another without promotion or demotion.

B. Reassignments of employees to different positions shall be effected by the appropriate personnel action.

C. Requests for voluntary reassignments, both within and outside of the job site, shall be entitled to prompt and fair treatment.

D. An employee reassigned to a different post of duty which will require a change in transportation arrangements will be given fifteen (15) days written notification unless other provisions of this Agreement govern.

E. Management agrees to give the Union fifteen (15) days notice before reassigning a Union Officer, Official, or Steward. Upon request, Management will meet and discuss the reassignment before effecting it. Article 8, Section 4-C-7 may also apply.

### Section 3.    Voluntary Changes

Employees may voluntarily request changes in their work assignments. All such requests are subject to Management's right to assign employees and work, and to determine the personnel by which Agency operations shall be conducted. Such requests will be considered by Management and a good faith effort will be made to balance the needs of the employee with the Agency's program needs. Employees may voluntarily request changes in their work assignments at any time. Any voluntary changes will be processed in accordance with applicable laws, rules, regulations, and this Agreement.

### Section 4.    Relocation Expenses

Employees affected by a change in duty station shall be entitled to relocation expenses in accordance with the Federal Travel Regulations.

## Article 18
## Merit Staffing

### Section 1.    Purpose and Policy

A. For bargaining unit employees this Article outlines competitive procedures to be used in selecting highly qualified persons available to fill vacancies on the basis of merit, fitness, and qualifications, and without regard to political, religious, or labor organization affiliation or non-affiliation, marital status, race, color, sex, national origin, non-disqualifying handicapping condition, or age and shall be based solely on job-related criteria. This plan does not guarantee promotion but is intended to ensure that qualified available applicants receive fair consideration for positions filled under competitive procedures.

B. Management may fill a vacancy by promotion, demotion, noncompetitive conversion, reassignment, transfer, reinstatement, or appointment from an Office of Personnel Management (OPM) register or other appropriate source of applicants. Applicants may be considered concurrently or consecutively from any or all recruitment sources. Subject to laws and regulations, Management makes the final decision on selections.

### Section 2.    Actions Covered By Competitive Procedures

Competitive procedures will apply to the following types of personnel actions concerning bargaining unit positions:

A. Promotions except those listed in Section 3 of this Article.

B. Temporary promotions for more than 120 calendar days.

Office of Personnel Management

(2) A career employee who is promoted, demoted, or reassigned from a position paid under chapter 45 of title 39, United States Code, or required by law to be filled on a permanent basis to a position under the career-conditional employment system becomes a career-conditional employee unless he has completed the service requirement for career tenure.

[33 FR 12428, Sept. 4, 1968]

§ 335.102 Agency authority to promote, demote, or reassign.

Subject to § 335.101 and, when applicable, to part 319 of this chapter, an agency may:

(a) Promote, demote, or reassign a career or career-conditional employee;

(b) Reassign an employee serving under a temporary appointment pending establishment of a register to a position to which his original assignment could have been made by the same appointing officer from the same recruiting list under the same order of consideration;

(c) Promote, demote, or reassign an employee serving under an overseas limited appointment of indefinite duration or an overseas limited term appointment to another position to which an initial appointment under § 301.201, § 301.202, or § 301.203 of this chapter is authorized;

(d) Promote, demote, or reassign (1) a status quo employee and (2) an employee serving under an indefinite appointment in a competitive position, except that this authority may not be used to move an employee:

(i) From a position in which an initial overseas limited appointment is authorized to another position; or

(ii) To a position in which an initial overseas limited appointment is authorized from another position; and

(e) Promote, demote, or reassign a term employee serving on a given project to another position within the project which the agency has been authorized to fill by term appointment;

(f) Make time-limited promotions to fill temporary positions, accomplish project work, fill positions temporarily pending reorganization or downsizing, or meet other temporary needs for a specified period of not more than 5 years, unless OPM authorizes the agency to make and/or extend time-limited promotions for a longer period.

(1) The agency must give the employee advance written notice of the conditions of the time-limited promotion, including the time limit of the promotion; the reason for a time limit; the requirement for competition for promotion beyond 120 days, where applicable; and that the employee may be returned at any time to the position from which temporarily promoted, or to a different position of equivalent grade and pay, and the return is not subject to the procedures in parts 351, 432, 752, or 771 of this chapter. When an agency effects a promotion under a nondiscretionary provision and is unable to give advance notice to the employee, it must provide the notice as soon as possible after the promotion is made.

(2) This paragraph applies to a career, career-conditional, status quo, indefinite, or term employee and to an employee serving under an overseas limited appointment of indefinite duration, or an overseas limited term appointment.

[33 FR 12428, Sept. 4, 1968, as amended at 35 FR 13075, Aug. 18, 1970; 45 FR 24855, Apr. 11, 1980; 57 FR 10124, Mar. 24, 1992; 58 FR 59347, Nov. 9, 1993]

§ 335.103 Agency promotion programs.

(a) *Merit promotion plans.* Except as otherwise specifically authorized by OPM, an agency may make promotions under § 335.102 of this part only to positions for which the agency has adopted and is administering a program designed to insure a systematic means of selection for promotion according to merit. These programs shall conform to the requirements of this section.

(b) *Merit promotion requirements.* (1) *Requirement 1.* Each agency must establish procedures for promoting employees which are based on merit and are available in writing to candidates. Agencies must list appropriate exceptions, including those required by law or regulation, as specified in paragraph (c) of this section. Actions under a promotion plan—whether identification, qualification, evaluation, or selection of candidates—shall be made without regard to political, religious, or labor

EXHIBIT
R O I - 14
2 E

229

organization affiliation or nonaffiliation, marital status, race, color, sex, national origin, nondisqualifying physical handicap, or age, and shall be based solely on job-related criteria.

(2) *Requirement 2.* Areas of consideration must be sufficiently broad to ensure the availability of high quality candidates, taking into account the nature and level of the positions covered. Agencies must also ensure that employees within the area of consideration who are absent for legitimate reason, e.g., on detail, on leave, at training courses, in the military service, or serving in public international organizations or on Intergovernmental Personnel Act assignments, receive appropriate consideration for promotion.

(3) *Requirement 3.* To be eligible for promotion or placement, candidates must meet the minimum qualification standards prescribed by the Office of Personnel Management (OPM). Methods of evaluation for promotion and placement, and selection for training which leads to promotion, must be consistent with instructions in part 300, subpart A, of this chapter. Due weight shall be given to performance appraisals and incentive awards.

(4) *Requirement 4.* Selection procedures will provide for management's right to select or not select from among a group of best qualified candidates. They will also provide for management's right to select from other appropriate sources, such as reemployment priority lists, reinstatement, transfer, handicapped, or Veteran Readjustment Act eligibles or those within reach on an appropriate OPM certificate. In deciding which source or sources to use, agencies have an obligation to determine which is most likely to best meet the agency mission objectives, contribute fresh ideas and new viewpoints, and meet the agency's affirmative action goals.

(5) *Requirement 5.* Administration of the promotion system will include recordkeeping and the provision of necessary information to employees and the public, ensuring that individuals' rights to privacy are protected. Each agency must maintain a temporary record of each promotion sufficient to allow reconstruction of the promotion action, including documentation on

how candidates were rated and ranked. These records may be destroyed after 2 years or after the program has been formally evaluated by OPM (whichever comes first) if the time limit for grievance has lapsed before the anniversary date.

(c) *Covered personnel actions*—(1) *Competitive actions.* Except as provided in paragraphs (c)(2) and (3) of this section, competitive procedures in agency promotion plans apply to all promotions under § 335.102 of this part and to the following actions:

(i) Time-limited promotions under § 335.102(f) of this part for more than 120 days to higher graded positions (prior service during the preceding 12 months under noncompetitive time-limited promotions and noncompetitive details to higher graded positions counts toward the 120-day total). A temporary promotion may be made permanent without further competition provided the temporary promotion was originally made under competitive procedures and the fact that might lead to a permanent promotion was made known to all potential candidates;

(ii) Details for more than 120 days to a higher grade position or to a position with higher promotion potential (prior service during the preceding 12 months under noncompetitive details to higher graded positions and noncompetitive time-limited promotions counts toward the 120-day total);

(iii) Selection for training which is part of an authorized training agreement, part of a promotion program, or required before an employee may be considered for a promotion as specified in § 410.302 of this chapter;

(iv) Reassignment or demotion to a position with more promotion potential than a position previously held on a permanent basis in the competitive service (except as permitted by reduction-in-force regulations);

(v) Transfer to a position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service; and

(vi) Reinstatement to a permanent or temporary position at a higher grade or with more promotion potential than a position previously held on a permanent basis in the competitive service.

**Office of Personnel Management**                                    **§ 335.105**

(2) *Noncompetitive actions.* Competitive procedures do not apply to:

(i) A promotion resulting from the upgrading of a position without significant change in the duties and responsibilities due to issuance of a new classification standard or the correction of an initial classification error; and

(ii) A position change permitted by reduction-in-force procedures in part 351 of this chapter.

(3) *Discretionary actions.* Agencies may at their discretion except the following actions from competitive procedures of this section:

(i) A promotion without current competition of an employee who was appointed in the competitive from a civil service register, by direct hire, by noncompetitive appointment or noncompetitive conversion, or under competitive promotion procedures for an assignment intended to prepare the employee for the position being filled (the intent must be made a matter of record and career ladders must be documented in the promotion plan);

(ii) A promotion resulting from an employee's position being classified at a higher grade because of additional duties and responsibilies;

(iii) A temporary promotion, or detail to a higher grade position or a position with known promotion potential, of 120 days or less;

(iv) Promotion to a grade previously held on a permanent basis in the competitive service (or in another merit system with which OPM has an interchange agreement approved under § 6.7 of this chapter) from which an employee was separated or demoted for other than performance or conduct reasons;

(v) Promotion, reassignment, demotion, transfer, reinstatement, or detail to a position having promotion potential no greater than the potential of a position an employee currently holds or previously held on a permanent basis in the competitive service (or in another merit system with which OPM has an interchange agreement approved under § 6.7 of this chapter) and did not lose because of performance or conduct reasons; and

(vi) Consideration of a candidate not given proper consideration in a competitive promotion action.

(vii) Appointments of career SES appointees with competitive service reinstatement eligibility to any position for which they qualify in the competitive service at any grade or salary level, including Senior-Level positions established under 5 CFR Part 319—Employment in Senior-Level and Scientific and Professional positions.

(d) *Grievances.* Employees have the right to file a complaint relating to a promotion action. Such complaints shall be resolved under appropriate grievance procedures. The standards for adjudicating complaints are set forth in part 300, subpart A, of this chapter. While the procedures used by an agency to identify and rank qualified candidates may be proper subjects for formal complaints or grievances, nonselection from among a group of properly ranked and certified candidates is not an appropriate basis for a formal complaint or grievance. There is no right of appeal of OPM, but OPM may conduct investigations of substantial violations of OPM requirements.

[59 FR 67121, Dec. 29, 1994, as amended at 63 FR 34258, June 24, 1998]

**§ 335.104  Eligibility for career ladder promotion.**

No employee shall receive a career ladder promotion unless his or her current rating of record under part 430 of this chapter is "Fully Successsful" (level 3) or higher. In addition, no employee may receive a career ladder promotion who has a rating below "Fully Successful" on a critical element that is also critical to performance at the next higher grade of the career ladder.

[51 FR 8411, Mar. 11, 1986]

**§ 335.105  Notice of job announcements to OPM.**

Under 5 U.S.C. 3330, agencies are required to report job announcements to OPM for vacancies for which an agency will accept applications from outside the agency's work force. This requirement is implemented through § 330.102 of this chapter.

[61 FR 11501, Mar. 21, 1996]



## U.S. General Services Administration

| Home | Buying Through GSA | Selling to the Government | About GSA | Contacts |

# Vacancy Information

Email to a Friend



| | |
|---|---|
| Announcement Number: | 03991921 |
| Vacancy Description: | Supervisory Police Officer |
| Open Period: | 02/27/2003 - 03/12/2003 |
| Series/Grade: | GS-0083F-10/10 |
| Salary: | $49,285.00 TO $64,072.00 |
| Promotion Potential: | GS-10 |
| Hiring Agency: | GSA, Public Buildings Service |
| Duty Locations: | 5 vacancies in Washington DC Metro Area, DC |
| For more information, Contact: | Glenda West, 202-708-5315 glenda.west@gsa.gov |

## Additional Information

**Office Location:** National Capital Region (NCR), Federal Protective Service Division (FPSD), Police Bureau, Enforcement Section, Washington, D.C. (This position and the applicant selected will be transferred to the Department of Homeland Security .

**Position Title:** Supervisory Police Officer (Sergeant), GS-083-10    FPL: GS-10
(THIS IS A TEMPORARY PROMOTION NTE 1 (ONE) YEAR)

**Area of Consideration:**
Open to GSA Status Associates

**Bargaining Unit Status:** None

This vacancy is being announced using a web-based hiring system. The system allows applicants to apply on-line for specific GSA vacancies by registering in the system, submitting a resume, and answering specific questions developed for the vacancy. These vacancy specific questions are based on an analysis of the job requirements.

The system also allows applicants to register for future vacancies for which they may have an interest.

EXHIBIT
RO I-14
2 F

Duties of the position:

The position is that of a supervisory uniformed police officer, appointed as a law enforcement official under Title 40 of the United States Code, Section 318, authorized to carry firearms, serve warrants, and make arrests. Incumbent works in the Regional Headquarters, Federal Protective Service (FPS) supervising a team of several Police Officers. Prevents crimes, arrests offenders, serves warrants, provides police assistance during emergency situations. Must be prepared to respond to other GSA Regions nationwide on short notice when additional law enforcement support has been determined essential for such occurrences. Required to work rotating shifts, undergo re-familiarization with authorized weapons, and demonstrate firearms proficiency through successful annual or semiannual requalification. Patrols assigned sectors in police cruisers usually marked); is assigned as a mobile unit within a sector of the city or metropolitan areas responsible for responding to calls for law enforcement emergency services. Apprehends wanted persons when on FPS-controlled property who are accused of crimes in other jurisdictions. Works with the U.S. Secret Service, U.S. Marshal's Office, U.S. Park Police, Department of Justice, Department of State, and Federal Bureau of Investigation to provide executive protection for cabinet level officials, foreign dignitaries, the United States President and Vice President, whenever these individuals are within FPS jurisdiction, as well as providing special protection during Federal court trials having highly controversial defendants or issues. Processes prisoners for fingerprints and "mug shot" photographs for persons arrested by any element of the FPS and forwards this information to the FPS Records Section for statistical reporting, transmittal to the Federal Bureau of Investigation, and/or other authorized law enforcement agencies for crime statistical and recordation purposes. Performs Emergency Response Team (ERT) functions for law enforcement services both within the National Capital Region (NCR) and throughout the United States in other FPS-controlled Regional facilities, such as counter-terrorism operations, hostage situations, civil unrest (crowd control) and demonstrations, as well as in reports of bomb threats. Performs administrative assignments, such as a desk officer (prepare administrative reports, accepts telephone calls for police service, et al), conducts guard inspections (monitoring), and completes Form 2820 regarding results of inspection or when discrepancies are noted. Performs complete investigations involving misdemeanors and crimes such as larceny of personal property, gambling (unorganized), simple assault, illegal use and possession of narcotic substances, unlawful entries into Federal facilities, and soliciting by non-Federal employees. Conducts basic forensic assignments to include searching crime scenes for physical evidence, dusting for latent prints, photographing and sketching the crime scene, gathering and preserving evidence uncovered, maintaining proper chain-of-custody of evidence, storing evidence in authorized vaults or containers until needed in Court, transmitting evidence to court, testifying in Court on personally-known facts regarding the collection, preservation, and chain -of-custody of evidence, as well as field testing suspected narcotic substances for presence of illegal drug characteristics. Prepares written reports on investigative efforts, presents facts to the U.S. Attorney, and prepares cases for prosecution on misdemeanors, minor crimes and felony cases which were referral by the FPS Criminal Investigations office for follow-up. Performs on FPS-controlled property surveillance of suspected violators or areas subjected to inordinate amounts of criminal activity to identify and apprehend suspects, and gathers evidence to be used in Court. Performs "plain clothes" work as situations requiring response to investigative needs. Assists FPS Criminal Investigations, Special Agents of the Inspector General's Office, and other law enforcement officials in investigations of more serious crimes when directed by supervisory personnel or as necessary under emergency situations. Incumbent is well versed in the FPS Crime Prevention Program and will conduct seminars, talks, and discussions on personal safety while on duty on Federal property.


Qualification Requirements:

In order to be considered qualified, applicants must demonstrate, in their resume and responses to questions, at least one year of specialized

experience equivalent to the
GS-09 grade level.

**Specialized Experience:**
Is experience that equipped the applicant with the particular knowledge,
skills, and abilities to perform successfully the duties of the position,
and that is typically in or related to the work of the position to be
filled.

Specialized experience that provided knowledge of a body of basic laws and
regulations, law enforcement operations, practices, and techniques and
involved responsibility for maintaining order and protecting life and
property.  Creditable specialized experience may have been gained in work
on a police force; through service as a military police officer; in work
providing visitor protection and law enforcement in parks, forests, or
other natural resource or recreational environments; in performing criminal
investigative duties or in other work that provided the required knowledge
and skills.

**Time-in-Grade Requirement:**
Applicant must have served 52 weeks at the GS-09 (or higher) grade level.

Applicants must meet all qualification and eligibility requirements for the
position advertised within 30 days of the closing date of the announcement.

Applicants will be rated on the extent and quality of experience,
education, and training relevant to the duties of the position. Eligible
applicants will receive a numerical rating based on their responses to the
application questions for this position submitted on-line via GSAJobs
(QuickHire). These responses must be substantiated by the resume submitted.
Applicants who do not respond to the application questions may be rated
ineligible.

Continued employment is contingent upon:
1.  Obtaining and retaining the required level of security clearance.
2.  Maintaining a current driver's license for a passenger vehicle from the
State or District of Residence.
3.  Maintaining an acceptable level of proficiency in the use of all
assigned firearms through successful periodic requalification.
4.  Successful completion of all mandatory training required for this
position.

Incumbent selected for this position will be subject to random urinalysis
testing to screen for illegal drug use; continued employment in this
position is contingent upon negative drug test results.

Additional Information:
General Services Administration surplus or displaced employees requesting
Special Selection Priority Consideration.  If you are currently a GSA
employee who has received a Reduction in Force (RIF) separation notice or a
Certificate of Expected Separation you may be entitled to special priority
selection under GSA's Agency Career Transition Assistance Program (CTAP).
To receive this priority you must submit the required information outlined
in the Supplemental Application Material section of this vacancy
announcement.  Further information on CTAP can be viewed at
http://www.opm.gov/ctap/index.htm

This is a supervisory/managerial position.  Applicants selected for
supervisory or managerial positions that have not previously completed a
supervisory or managerial probation period must complete a 1-year
supervisory or managerial probationary period.  If the selectee is a
Federal employee, failure to complete the probationary period successfully
can result in return to a former position, or to a position of no lower
grade
and pay than the one vacated for the supervisory or managerial position.

This vacancy announcement does not preclude filling this position by other means, such as new appointment from an Office of Personnel Management list of eligibles, Delegated Examining Unit list of eligibles, reassignment, transfer, reinstatement, or noncompetitive action.

GSA does not accept applications or application material that is received with Government-piad postage.

This position is exempt from the Fair Labor Standards Act, as amended.

Application Procedures:
Applications submitted via GSAJobs (QuickHire) must be received before midnight Eastern Standard Time on the closing date of the announcement.  No extensions will be granted. If you fail to submit a COMPLETE on-line resume, you WILL NOT be considered for this position.  If applying on-line poses a hardship to any applicant, the servicing Human Resources Office listed on the announcement will provide assistance to ensure that applications are submitted on-line by the closing or cut-off date. Applicants MUST CONTACT the Servicing Human Resources Office PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for on-line submission.

Applicants who cannot apply on-line through GSAJobs (QuickHire) must contact the servicing Human Resources Office to request assistance before the closing date of the vacancy announcement.  All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date stated on the announcement. No exceptions.

Supplemental Application Material.  Read the below instructions carefully, failure to submit applicable supplemental application material may result in no consideration for the position.

Supplemental Application Material must be received within 48 hours of the closing date of the vacancy announcement. No exceptions.

Unless otherwise stated on this announcement, all required supplemental application material must be received within 48 hours of the closing date of the announcement whichever is stated on the announcement (not including Saturdays, Sundays, or government holidays). This proof must be sent to either the contact address or fax number identified below and must include your name and the announcement number for which applying. Failure to follow the above instructions may result in your application not being considered.

All applicants must respond to the questions listed on the vacancy announcement. Application material must be received by the closing date stated cn the announcement. No exceptions.

Applicants claiming CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, their most recent Performance Rating, and their most recent SF-50 notifying current position, grade level, and duty station. CTAP and ICTAP eligibles will be considered well qualified if they earn a minimum score of 85 (prior to the assignment of veteran's preference points). For more information on CTAP/ICTAP eligibility requirements, please visit the following site: http://www.opm.gov/ctap/index.htm.

If you are applying under the Veteran's Employment Opportunity Act, provide a copy of your DD-214 (member 4 copy) and if applicable a copy of SF-15 with the requested supporting documentation or other proof of veteran's preference.  Failure to provide this information may result in nonconsideration for this position.

Federal employees must submit a copy of their latest SF-50, Notification of Personnel Action, which shows current position, title, series and grade,

position occupied and career tenure. Generally, SF-50's for awards do not contain this information.

Special Appointing Authorities: Applicants applying under a Special Appointment Authority are responsible to submit proof of eligibility for appointment. Information may be obtained at the following Office of Personnel Management web site http://www.usajobs.opm.gov/bl.htm

Send all supplemental application material to the following Human Resources Office:

Glenda West
Telephone Number: (202) 708-5315
Fax Number: (202) 708-5377

ALL APPLICANTS FOR FEDERAL EMPLOYMENT RECEIVE CONSIDERATION WITHOUT REGARD TO RACE, RELIGION, COLOR, NATIONAL ORIGIN, SEX, POLITICAL AFFILIATION, AGE (WITH AUTHORIZED EXCEPTIONS) OR ANY OTHER NONMERIT FACTOR.

Apply to this Vacancy    View Vacancy Questions

Back to Vacancy Listing



QuickHire
Evaluate the people, not the paper.
Questions, Comments or Feedback can be directed to GSAjobs@gsa.gov
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.