## *LEAD* POLICE OFFICER
### GS-0083-09

### INTRODUCTION

This position is a **lead member** of a response team, located in the **Police Bureau**, Federal Protective Service, National Capital Region. Incumbent assists the Team supervisor and fills in on a temporary basis during the supervisor's absences. The incumbent serves as a Special Response Police Officer with responsibility for leading the handling of highly complex criminal activities and special situations such as hostage-taking armed intrusion, sabotage attempts, major demonstrations or civil disobedience, and non-criminal activities of similar scope. The uniform rank of this position is Sergeant.

Incumbent is required to work rotating shifts, work uncontrollable overtime beyond the assigned shift or long hours on holidays and weekends, undergo refamiliarization with authorized weapons and to demonstrate proficiency in their use monthly through successful requalification. Must meet and maintain physical medical requirements, all established training requirements and have the complete ability to safely operate motor vehicles on public highways including possession of a valid driver's license from the state or district of legal residence.

### DUTIES

Incumbent serves as an emergency response team officer in emergency and typical situations such as noted above. This responsibility includes securing the area around a hostage or armed intrusion incident, stabilizing the situation, preventing escape or further intrusion, and undertaking resolution. Makes preliminary contact with perpetrators in a barricade or hostage incident, pending arrival of cognizant negotiation personnel, and may continue to serve as the negotiator, depending upon the circumstances. In the case of armed intrusion, is responsible for use of all available weapons or tactics to control the situation, keeping in mind the necessity of preventing injury or loss of life to bystanders. Deals with sabotage occurrences or attempts in order to prevent loss of life, injury, or further destruction of property, by evacuating affected areas, establishing perimeter security, making preliminary investigation of the incident (extent of damage, possibility of building collapse, fire, explosion, etc.), detain suspects for questioning, and performs related control function.

The Lead Officer closely monitors the activity over the FPS radio network for the purpose of ensuring distribution and balance of work load among the Officers assigned within his/her particular Team and if imbalances are noted, bring the deficiencies to the attention of the first-



EXHIBIT
RUI-14
6

line Supervisor. As appropriate, the Lead Officer may elect to respond or be dispatched to locations to direct the activities of a group of police officers on special assignment. An example would be assignments involving response to credit union or bank holdup alarms when specific officer assignments must be made immediately and decisively at the scene (i.e. assume command, evaluates the overall condition based on known facts, direct which officer enters the area first and through which entry points, which police method or tactic to utilize, etc.)

In typical day-to-day police work the incumbent maintains law and order through enforcement of Federal, state, and local laws and regulations within the National Capital Region. Because of extreme sensitivity of some materials and the large number of high-ranking officials that may become involved, such enforcement involves unusual requirements for alertness, caution and tact. The officer investigates any suspicious personnel or incidents, and takes all appropriate action to arrest or remove individuals not having legitimate business on Federal property. In the event of felonies or misdemeanors against employees, visitors, government offices, contractors or concessions, the officer conducts investigations through examination of evidence on the crime scene, interviewing of victims or witnesses, calling for assistance of specialists or other Federal agencies, preparing reports for legal proceedings, etc.

Incumbent carries out vehicular patrols of Federal and leased facilities and areas as required, to deter or discover unauthorized entry, theft, sabotage, espionage, vandalism or other criminal activity. Conducts bomb searches, securing area and summoning appropriate assistance in the event a bomb is discovered.

Incumbent may be assigned to plain-clothes or undercover operations to conduct investigations or to maintain surveillance over high crime areas. Investigations involve examination of the crime scene and questioning principals; surveillance consists of working alone or with other forces to detect criminal activity and those involved.

Incumbent exercises arrest authority, with a warrant, over any person accused of committing any offense against any rule or regulation prescribed under pertinent law. Arrests without a warrant anyone committing any such offense in the officer's presence, or without a warrant upon reasonable grounds to believe the person has committed a felony. Testifies in court as to circumstances of an investigation and/or arrest.

Incumbent regulates vehicular and pedestrian traffic, investigates accidents or incidents, enforces traffic laws and regulations, and issues warnings or citations.

May be assigned as a K-9 dog handler responsible for explosive detection. If assigned as a K-9 handler, incumbent participates in the animal's training and patrols area of responsibility with the dog. Responses to calls for police assistance involving suspicious packages, search of buildings for possible explosive devices when bomb threats are received, as well as exterior walking patrols around Federal facilities.

Newly hired Police Officers are assigned to the Lead Officer for on-the-job instruction before commencement of formal training at the Federal Law Enforcement Training Center (FLETC) as

well as a brief period following the graduation from basic training at the Center. The Lead Officer may also be required to provide special instruction and refresher training to other officers who are experiencing difficulties in successfully performing in their job. Incumbent distributes the workload to ensure that all officers are assigned equal and equitable tasks; ensures that the FPS *VISION* becomes a natural part of the Team's goals and objectives; works with the Team to determine its strengths and weaknesses; assists in the necessary training to assure that all members of the Team *think as a team*, not as individuals; incumbent reports both progress and regression to the first-line Supervisor; provides expert advice (both oral and written) to Team members; approves leave for less than one working day; listens to and resolves most problems and complaints, while transmitting more serious matters to the first-line Supervisor; recommends promotions and other personnel actions to the first-line Supervisor; acts in the stead of the Supervisor when the Supervisor is not available.

## FACTORS

### Factor 1 - Knowledge Required

Knowledge of a substantial body of rules, procedures, methods and techniques which involve extensive training and to conduct preliminary investigations of the gamut of incidents ranging from procedural violations to major crimes.

Knowledge of police procedures in order to control situations, preserve evidence, interrogate suspects and witnesses, complete situation reports for investigation by others, arrest violator, etc.

Ability to meet and deal in an effective manner with all types of individuals.

Knowledge of emergency response tactics and procedures, including weapons and chemical agents, negotiation, building layouts, terrorist threats and counter terrorist methods, search and rescue techniques, crowd and demonstration control, etc.

Ability to lead other officers in the event of emergency situations, based upon extensive training in appropriate actions and techniques.

### Factor 2 - Supervisory Controls

The supervisor defines objectives, priorities and deadlines on long-term project. The incumbent refers only unusual situations to the supervisor. Incidents and investigations typically are handled with minimum reference to the supervisor, subject to general policy and procedural constraints. The incumbent resolves difficulties according to Federal and FPS regulations, and other guides as deemed necessary or applicable.

Completed work is evaluated in terms of technical soundness and completeness. Work is expected to be thorough, and fully usable for court action.

When involved in emergency service situations, the incumbent is expected to work with basically no guidance other than training, experience and sound judgment.

Incumbent provides leadership to a team of police officers and is available throughout field operations to provide general guidance during extremely sensitive assignments such as in the protection of crime scenes involving murder, rape, and other violent acts. In these instances, incumbent has command authority to direct the team of officers to perform special tasks to avoid duplication of effort by the number of officers present, prevent contamination of evidence, ensure that the crime scene is adequately sealed off so as to prevent unauthorized persons from entering the area, ensure the safety of all persons involved, and that assigned task have been completed successfully.

Serious conflicts of policies and/or methodology will be presented to the Supervisory Police Officer Lieutenant for direction and resolution.

**Factor 3 - Guidelines**

Guidelines are not always applicable due to the particular situations in which an emergency response team police service officer may be involved. A high degree of judgment is expected to handle unexpected situations which cannot be adequately covered by agency guidelines. Past records indicates that such circumstances have occurred on the frequency of no less than 134 times within the calendar year 1992, requiring approximately 500 man-hours per employee per year to resolve.

For more routine situations and assignments, a substantial body of laws, rules and regulations exists and are available for reference. These include arrest authority, use of weapons, crime prevention, investigation, preservation of evidence, and related law enforcement matters. Considerable judgment is required to understand and apply such guidelines, inasmuch as the officer or the agency could be sued for wrongful arrest, excessive force, etc. in the misuse of police power.

The incumbent may recommend changes in procedures and guidelines based upon experience in routine or emergency situations.

**Factor 4 - Complexity**

Law enforcement responsibilities consist of a variety of functions, such as routine patrols, undercover and surveillance assignments, crime scene management, disaster relief security, VIP protection, counter-terrorist operations and bomb threat containments. Assignments and responsibilities vary from shift to shift, crime scene to crime scene, and type of offense to type of offense, but in all cases requires constant awareness, planning, defensive techniques to ensure that unexpected events are appropriately handled. Frequently, each event typically several

possible approaches that could be taken. The ERT officer must choose the most appropriate methods that minimizes the dangers to life and property and resolves or defuses the situation as quickly as possible. An example is in response to an armed robbery in progress where the victim could be held hostage. The responding ERT officers must decide the approach and method to be used (front, back, silent or siren use, weapon drawn or not, type of weapon - gun, ASP, CIP, etc.). Assignments may take ERT officers to locations where the officer is unfamiliar with, but must adapt to his/her surroundings and quickly learn the environment through training and experience in order to defuse the situation safely. The decisions made by the ERT officer must be made instinctively based partially on the situation at hand, partially on past experience and partially on formal training received, usually with little or no written guidance on the most effective method to deploy. The complexity of these types of decisions may have significant impacts to the lives of persons encountered by the ERT officer, to include life or death. Past experience reflects that within the past calendar year there have been 38 demonstrations at Federal facilities, 18 bomb related offenses or incidents, 73 threats of bodily harm to Federal employees, two hostage or kidnapping situations, and four armed robberies which required special handling by uniformed police personnel. Several events have occurred in other regions where police officers from the National Capital Region were detailed to assist in special operations requiring highly skilled and or highly technical police operations, such as providing security at Federal facilities during trials of terrorists or other especially sensitive trials of newsworthy defendants. These requests are received in the NCR on a recurring basis. Emergency situations have been projected to require approximately 500 man-hours per employee per year as based on past experience.

**Factor 5 - Scope and Effect**

The ERT officer encounters a variety of crimes and incidents, ranging from minor crimes to the most difficult and complex of law enforcement situations including bombings, homicides, hostage situations, rescue operations, and massive injuries resulting from natural or man made disasters. The effect could be saving a life or causing the dealt of a human being if the situation was handled improperly or without utilizing specialized ERT training, methods, procedures, or planning. The work results in saving life and property, prevents future crimes, causes arrest and conviction of violators, improves facility security, and resolves serious emergency situations to the satisfaction of customer agencies.

**Factor 6 - Personal Contacts**

Contacts are with senior Government personnel, attorneys, demonstrators, members of the general public, other law enforcement officers, victims, witnesses and violators. The latter may resist arrest or interrogation. Peaceful demonstrators may not pose a physical threat, but nevertheless require special handling due to media concern. Other individuals may be injured, or distraught as a result of crimes or accidents. Personal contacts are for the purpose of enforcing the law and keeping of the peace in especially sensitive situations such as dealing with hostage


situations, terrorist attacks or trials, and felony situations such as riot, armed robbery, kidnapping, etc.

### Factor 7 - Purpose of Contacts

In emergency events, the purpose is to overcome life threatening situations such as hostage or barricade, terrorist attack, bombings, or similar activities, in which there is a clear danger to the officer and others. In accidents such as building collapse, airplane crash, fire or similar occurrences, the officer must control the situation, provide assistance, begin evacuation, and summon assistance as required. Non-emergency duties involve contacts to assist, interrogate or control persons who may be uncooperative or hostile, and require skill in approaching and dealing with such individuals. These situations are projected (from past experience) to be in excess of 400 man-hours per employee per year.

### Factor 8 - Physical Demands

Emergency service situations require strenuous physical and mental/emotional exertion, including climbing numerous flights of stairs, lifting heavy objects (over 50 pounds), crawling in restricted, dark, and hot or cold spaces, pursuit activities, defending oneself or other against physical attack (which could involve hand to hand fighting situations with persons who could be well trained in martial arts or armed), possible exposure to explosives or chemicals, etc. Incumbent must meet and maintain rigid medical standards for retention in the position. Physical demands are placed on the incumbent not only during the emergency service but also during training in order to assure that the incumbent will be able to perform the required service when needed. Training and emergency situations are projected to require approximately 800 plus man-hours per employee per year.

### Factor 9 - Work Environment

Work environment as an emergency response team officer involves high risk situations, such as physical attack, damaged building spaces, vehicular pursuit and/or response to situations, large scale demonstrations, armed assault on the building, etc. The types of situations listed have been encountered on a basis of approximately 560 times per year in the past. Officers may be assigned to work in high crime areas during investigations or responses.

### Personnel Security Requirement

Due to the investigative responsibilities of this position as well as demanding the highest degree to honesty, integrity, and trustworthiness, incumbent must obtain and retain a non-critical sensitive (no access) security certification for this position prior to entry or for continued employment as a law enforcement officer in accordance with applicable Federal regulations

governing sensitive positions, to include, GSA Order ADM P 9732.1B and Executive Order 10450.

# PD LIBRARY

Region: National Capital Region
Standard: Regional
Service: PBS
**Position Title:** Supervisory Police Officer

| Pay Plan: | Series: | Grade: | PD# | Position Status | Supervisory Status | FPL |
|---|---|---|---|---|---|---|
| GS | 0083 | 10 | ▓▓▓▓ | Competitive Service (1) | Supervisor or Manager (2) | GS-10 |

| I/A | Competitive Level: | FLSA: | Drug Test: | Position Sensitivity: | Financial Statement: |
|---|---|---|---|---|---|
| ● Yes<br>○ No | S001 | ● Exempt<br>○ Non-Exempt | Position requires drug test (D) | Non Critical Sensitive (2) | ● N/A<br>○ SF-278<br>○ SF-450 |

Public Trust Indicator: Level 5 - Moderate Risk (5)
Occupational Category Code: Other White Collar (O)

Classified by: Gloria J. Bell   On:   12/29/1995

Description:

## *SUPERVISORY* POLICE OFFICER
## GS-083-10
## (SERGEANT)

### DUTIES

The incumbent is a uniformed Police Officer supervisor appointed under Title 40 of the United States Code, Section 318, authorized to make arrests, serve warrants, and carry firearms. The incumbent is assigned to the Police Bureau, Federal Protective Service, National Capital Region.

Incumbent supervises a squad of one to two lead police officers Gs-083-09 and five to


EXHIBIT
R01-14
Ex.7

seven Police Officer Recruits, GS-083-07, and Police Officers, GS-083-08, responsible for performing law enforcement services in the protection of life, property, and the rights of individual citizens on Federal property. The incumbent is a field supervisor working with subordinates in sector assignments enforcing and assuring compliance with Federal, District of Columbia, State, County and municipal statutes, laws and ordinances, GSA rules and regulations, and protecting the civil rights of all persons on GSA space.

The incumbent preserves the peace, prevents crimes, arrests offenders, and provides police assistance during emergency situations.

May also be called upon to respond to other GSA Regions nationwide on short notice when additional law enforcement support has been determined essential for such occurrences as in the event of counter-terrorist operations on GSA controlled property; as well as planned or impromptu demonstrations, serious crime waves requiring undercover police assistance, and additional police manpower to provide effective law enforcement coverage.

Incumbents are required to work rotating shifts, undergo refamiliarization with authorized weapons and to demonstrate proficiency in their use annually or semiannually through successful re-qualification. Must have the physical ability to safely operate motor vehicles on public highways and possess a valid driver's license from the state or district of legal residence.

Patrols assigned areas on foot or by motor vehicle as well as performing infrequent stationary assignments. Is assigned as a mobile unit within a sector of the city or metropolitan area responsible for responding to calls for law enforcement emergency

services. Investigates and files reports involving theft, burglary, assault, vandalism, threats, vehicular accidents, etc. Provides First Aid and/or Cardiopulmonary Resuscitation (CPR) to the injured until competent medical assistance arrives on the scene. Incumbent makes vehicular stops for violations of traffic laws and issues court s\citations or "Notices of Infraction" as provided by Federal or local courts and to serve criminal summons as directed by the judicial body. Identifies and arrests violators for crimes occurring in the presence of the officer, arrests on warrants issued by the court, obtains warrants from courts based on eyewitness accounts of criminal violations and then executes this warrant on GSA property as provided by GSA regulations, and pursues and apprehends persons fleeing a crime scene or attempting to resist arrest. Engages in hot pursuit of a fleeing felon and may leave jurisdictional boundaries to make arrests. Takes written statements from witnesses and interrogates suspects, as prescribed by law, and provides crime prevention guidance to persons, usually in an unstructured setting.

Apprehends wanted persons when on GSA controlled property who are accused of crimes in other jurisdictions. Stops, questions, and detains such persons and notifies the appropriate law enforcement agencies.

Works with the US Secret Service, US Marshal's Office, US Park Police, Department of Justice, Department of State, and Federal Bureau of Investigation, to provide executive protection for cabinet level officials, degnitaries, the United States President and Vice President, when visiting property under the charge and control of GSA, as directed by the proper official as well as providing special protection during Federal court trials having highly controversial defendants or issues.

Processes prisoners for fingerprints and "mug shot" photographs for persons arrested by any element of the Federal Protective Service (FPS) and forwards the information to the FPS Records Section for statistical reporting, transmittal to the Federal Bureau of

Investigation, and/or other authorized law enforcement agencies for crime statistical and recordation purposes.

Performs administrative assignments, such as a desk officer (prepares administrative reports, accepts telephone calls for police service, et al), conducts guard inspections (monitoring) and completes GSA Form 1562's as to results of inspection or when discrepancies are noted, or as otherwise directed by supervisory personnel.

Performs complete investigations involving misdemeanors and felony crimes such as larceny (under $1000 in value) of personal property, gambling (unorganized), simple assault, illegal use and possession of narcotic substances, unlawful entries into GSA facilities and soliciting involving non-GSA employees. On Occasions, incumbent may investigate more serious felony crimes, such as arson, armed robbery, theft of motor vehicles, etc., and conducts follow-up investigations in these matters. Both the felony as well as the misdemeanor investigations assigned usually extend beyond the incumbent's tour of duty or even over a period of several weeks and even months before the officer can conclude the investigative assignment. Is responsible for conducting the interrogations of suspects who display violence and irrational temperament with unpredictable changes in demeanor. Special interrogation/interviewing skills are necessary to successful solicit information. In completing investigations, the incumbent investigates complaints, leads, and tips, and develops leads using informants or other investigative techniques (e.g. surveillance cameras); reviews documents while uncovering leads, seeks out and questions witnesses and suspects, takes testimony or statements for use in a court of law, and arrests offenders to answer one or two criminal charges before a legal judicial hearing. While appearing in Federal, State, or local courts of law, testifies as to the results of their investigative efforts, accuracy of the information gathered, and to any evidence collected to be used against the accused. Takes precautions, including extraordinary

precautions, including extraordinary precautions, to preserve life and the individual rights of complainants, witnesses, suspects, or other persons during questioning.

Supervises the conducting of basic forensic assignments to include searching crime scenes for physical evidence, dusting for latent prints, photographing and sketching the crime scene, gathering and preserving evidence uncovered, maintaining proper chain of custody of evidence, storing evidence in authorized vaults or containers until needed in court, transmitting evidence to court, testifying in court on known facts regarding the collection, preservation, and chain of custody of evidence, as well as field testing suspected narcotic substances for presence of illegal drug characteristics.

Prepares written reports on investigative efforts, presents facts to the US Attorney or Assistant US Attorney, and prepares cases for prosecution on misdemeanors, minor crimes and on occasions felony cases which were referred by the Regional FPS Criminal Investigations Office for follow-up. Also supervises and guides lower ranking personnel in these duties.

Performs on GSA controlled property surveillances of suspected violators or areas subjected to inordinate amounts of criminal activity to identify and apprehend suspects, and gathers evidence to be used in court.

Performs "plain clothes" work as situations require in response to investigative needs. Conducts covert surveillances and "undercover" assignments of extended duration in which the officer may pose as any type of individual (e.g. drug dealer/buyer a "fence" buying stolen property, etc.) usually in an uncontrolled environment for the purpose of obtaining lawful evidence needed for presentation to a United States Attorney for either Grand Jury Indictment or criminal information charges. The danger to the officer is

considered significant since detection as a police officer ("cover broken") may result in personal injury or even death to the officer. Incumbent must continually remain alert to react to ever changing personal demeanors. All undercover assignments must be authorized by the FPS Director with approval from the Office of Physical Security and Law Enforcement, Central Office.

Assists FPS Criminal Investigators, Special Agents of the GSA Inspector General's Office, or other law enforcement officials in investigations of more serious crimes when directed by higher graded supervisory personnel or as necessary under emergency situations. These more serious crimes will be immediately reported or referred to the Chief of FPS Criminal Investigations and will include all felony cases, which may or may not be limited to: aggravated assault, grand larceny (all Government property thefts, but not thefts of personal property), rape, homicide, vehicle thefts (Government, but not thefts of personal vehicles), confidence games, all suspected organized crime activities, and illegal sale or distribution of controlled narcotic substances when it has been determined that an organized ring is operating an illegal narcotics business on GSA controlled space.

**FACTOR 1 - PROGRAM SCOPE AND EFFECT**

a. SCOPE

The Sergeant (GS-10) position assignments result in prosecution, conviction, recovery of property, recoupment of funds, and serve as a deterrent to future criminal violations. They may influence changes in laws, GSA orders, or future court actions. Incumbent performs a full range of police duties ranging from simple violations of GSA rules and regulations to felony cases by following and executing specific rules, regulations, or procedures covering law enforcement, physical and personal security operations, patrol duties, coordination with local courts, and crime prevention programs for tenant federal

agencies. Work results in arresting, charging, and convicting persons accused of violating laws which effect the economic well being and freedom of individuals. These duties are usually confined to a portion of the Region that is considered a "sector" and equates to the geographical size of a field office.

**b. EFFECT**

The services provided by the Sergeant (GS-10) significantly affect installation level, area level or field office operations in that the administration of law enforcement and justice could result in the shutdown of particular federal facilities or operations on a limited scope for a short period, depending on the severity of the situation. The area in which the Sergeant (GS-10) duties may affect operations are equivalent to that of a small city or to a limited population.

**FACTOR 2 - ORGANIZATIONAL SETTING**

Generally, the incumbent reports to a GS-083-11, Supervisory Police Officer Lieutenant for assignments, who is responsible for the incumbent's performance evaluation and other administrative functions. The incumbent generally works independently performing investigative assignments and decides, based on training and experience, the next direction to follow to successfully conclude a criminal case. Some assignments are issued by the supervisor which would entail patrol duties, the level of concentrated efforts required to a specific crime or location, receiving / requesting notices of wanted persons, etc. other assignments may reach the officer as a result of a dispatch from the section's communications office; or Federal Protective Service Division's Regional Communication Center dispatcher; observing a crime in progress or as a result of receiving a request for

assistance from a Federal employee or other citizen while on GSA property. Reports

prepared by the incumbent are reviewed for completeness and accuracy of detail, propriety of police investigative procedures and techniques used, and conclusions reached,
as well as for technical quality.

Within the scope of assignments, is expected to establish priorities, and conduct

investigative assignments. Incumbents deviations from established procedures by resolving

problems that arise according to GSA police procedures, previous training and experience,

established practices, legal precedents, or other controls appropriate to the immediate

circumstances.

Incumbent provides leadership to a team of police officers and is available throughout field

operations to provide general guidance during extremely sensitive assignments such as in

the protection of crime scenes involving murder, rape, and other violent acts. In these

instances, incumbent has command authority to direct the team of officers to perform

special tasks to avoid duplication of effort by the number of officers present, prevent

contamination of evidence, ensure that the crime scene is adequately sealed off so as to

prevent unauthorized person from entering the area, ensure the safety of all person

involved, and that assigned task have been completed successfully. Review subordinates

work and determines level of proficiency which is reflected in annual performance ratings

of subordinates.

Serious conflicts of policies and/or methodology will be presented to the Supervisory Police Officer Lieutenant for direction and resolution.

### FACTOR 3 - SUPERVISORY AND MANAGERIAL AUTHORITY EXERCISED

The incumbent is responsible for ensuring timely performance of a satisfactory amount and quality of work from subordinates. Reviews work products of subordinates and accepts, amends, or rejects work as necessary. Evaluates performance of subordinates. Recommends developmental and training needs for employees. Is the rating official for subordinate personnel. Approve leave. Make suggestions to improve production or increase the quality of work.

### FACTOR 4 - PERSONAL CONTACTS

a. NATURE OF CONTACTS

The Sergeant (GS-10) regular and routine contacts are with GSA and other Federal employees and the general public, as individuals or groups, in a moderately unstructured setting (e.g. the contacts may or may not be established on a routine basis, usually within the individual's work place; the purpose and extent of each contact is different and the role and authority of each party is identified and developed during the course of the contact). Many times contacts are uncooperative and reluctant to divulge information and the typical contact vary between the type of assignments issued to the incumbent. Examples include but are not limited to tenant Agency employees at all levels, the general public, and contractors. Also, contacts are made with subordinate personnel.

Depending on the particular situation, contacts may also be violators of laws, rules, or regulations where those contacted are reluctant to accept the incumbent's authority, may resist detention or attempt to flee, or with unruly individuals who pose a threat to the incumbent's (and/or other individual's) presence.

## b. PURPOSE OF CONTACTS

The purpose is to influence, motivate, interrogate, or control persons or groups. Persons contacted may be fearful, skeptical, uncooperative, or dangerous. Therefor, the incumbent must be skillful in approaching the individual or group in order to obtain the desired effect; such as gaining compliance with established policies and regulations by persuasion or negotiation, or gaining information be establishing rapport with a suspicious informant. Incumbent. Incumbent is required to overcome life threatening situations such as hostage, barrier, terrorist attack, kidnap, or felony assault conditions where the persons dealt with are unstable and pose an imminent and direct threat to the life of the officer, innocent victims, or bystanders. The incumbent must negotiate with individuals who ' clearly intend to carry out threats of violence, mayhem, or murder and because of the emotional instability involved must be convinced to cease their life threatening activities. Other contacts involve soliciting and obtaining information from interviews, gain compliance with established policies and regulations, establishing rapport with informants, exchanging of information, as well as jointly investigating with other law enforcement personnel and testifying in legal, quasi-legal, or administrative proceedings. Contacts with subordinate personnel for the purpose of reviewing and monitoring work for evaluation purposes.

Contacts may also include, but not limited to uncooperative individuals involved in traffic violations, persons disturbing the peace, "peaceful" demonstrators, persons attempting to

commit suicide, suspects and reluctant witnesses to a crime, deranged persons, or families involved in domestic disturbances. The incumbent must negotiate with individuals who clearly intend to carry out threats of violence or mayhem and because of the emotional instability involved must be convinced to cease their life threatening activities.

## FACTOR 5 - DIFFICULTY OF TYPICAL WORK DIRECTED

The Sergeant (GS-10) position is that of a first level supervisor. The basic level of work that is accomplished, at the non supervisory level, is that of GS-08.

## FACTOR 6 - OTHER CONDITIONS

The incumbent is required to supervise and direct work that requires constant mental attention, great analytical skills (as in identifying a suspect from evidence found at crime scenes, or determine if substances are in fact drugs/controlled substances, etc.). The sergeant is responsible for interpreting facts and separating those facts from misleading information, as well as interpreting laws reules and regulations. The supervisor is required

to exercise judgement in the course of duties and supervision. The incumbent must be able to discern whether laws, ordinances, or regulations were broken and make a judgement as to which ones and what laws apply. The sergeant must also evaluate many facts and pieces of information in the course of conducting investigations, as well as being able to guide and supervise those subordinates who are engaged in similar activity. The incumbent is also required to analyze the work of subordinate personnel in order to effectively rate the annual performance.

Incumbent uses knowledge of an extensive body of standardized, optional, and innovative investigative procedures, techniques, and methods to detect, investigate, and resolve crimes and other incidents that are beyond the scope of requirements for solution on patrol assignments. Other specialized techniques for conducting complete investigations of misdemeanor offenses is also required, which includes special interrogating and

interviewing techniques, surveillance techniques, and developing leads and informants. The knowledge of investigative methods, techniques and procedures used to complete investigations involving misdemeanor and felony crimes is required in the processing of crime scenes, which involves the dusting for latent prints, collection and processing of physical evidence, photographing the scene, developing and analyzing facts and leads to identify suspects, taking statements and otherwise gathering bits of information and facts. This knowledge is used to coordinate with the United States Attorney and other prosecutors for case development and prosecution as well as coordination with other law enforcement agencies for the purpose of gathering facts and evidence in assigned cases. Cases not prosecuted by the United States Attorney may be handled administratively by agency management officials.

The incumbent receives extensive training in, and applies this knowledge when, performing land and water rescues as well as other police tactics, procedures, etc., to deal with control over violent and unruly crowds involved in planned or impromptu demonstrations or riots, detection of explosives or presence of illegal drugs, hostage situations, counter-terrorists operations, vehicular and pedestrian accidents, safety violations, and other serious accidents.

Incumbent has the knowledge of and proficiency in the use of specialized weapons and equipment (e.g. automatic weapons, shotguns, tear gas, riot gear, etc.) as well as the tactics for deploying them in emergency situations. Incumbent must meet initial and recurring certifications as required by FPS policies and procedures (such as successful completion of basic police officer training at the Federal Law Enforcement Training

Center in Glynco, Georgia; basic police officer investigative training, firearms training, etc.).

Has a detailed knowledge of police operating requirements, methods, and procedures including the preparation of reports, arrest procedures, subduing unruly individuals, detaining witnesses and suspects, issuing citations and criminal summons, operating radar equipment or other speed detection devices, as well as performing traffic patrol and emergency response duties.

Detailed knowledge is required of constitutional law, state and local laws and ordinances, GSA regulations governing access to Federal buildings, rules covering restricted items and conduct of visitors and employees.

In addition to the above, the incumbent must:

~ possess a valid motor vehicle operator's license from the State or District of residence.

— maintain a current non-critical sensitive, no access security certification at the level required for the position,

— successfully qualify annually or semiannually with all issued firearms.

— meet all basic and advanced training requirements for police officer as established by management, and

~ submit to and pass all random and other types of drug testing.