Form 50-B
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HORT, GEORGE A. | [redacted] | 04-01-1943 | 01-12-2003 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | Pay Adjustment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| QHP | Reg 530.306 (A) (1) |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| ZLM | EO 13282 dtd 31-DEC-2002 |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

| 7. FROM: Position Title and Number |
|---|
| Lead Police Officer |
| WW29247 - 21 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0083 | 09 | 09 | $53,352.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $47,079.00 | $1,565.00 | $48,644.00 | $4,708.00 |

14. Name and Location of Position's Organization
Public Buildings Service
Federal Protective Service Division
Police Bureau

| 15. TO: Position Title and Number |
|---|
| Lead Police Officer |
| WW29247 - 21 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0083 | 09 | 09 | $64,832.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $58,938.00 | $0 | $58,938.00 | $5,894.00 |

22. Name and Location of Position's Organization
Public Buildings Service
Federal Protective Service Division
Police Bureau

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) |  | X YES ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| J1 Basic + Option B (1x) + Option A + Option C (1x) | 9 Not Applicable | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 1-CSRS | 11-23-1964 | F Full-Time |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | N (E-Exempt, N-Nonexempt) | 192.P1130300.61.11.000.001.04 | 0062 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPSO | W7806 | 983D | 11.48 | Nonsensitive (NS) National Security Risk |

### 45. Remarks

Special rate under 5 U.S.C. 5305.

Salary in block 20 includes retention allowance of $5894.

Special salary rate exceeds the locality rate of pay, so employee receives no locality payment.

EXHIBIT
ROI-14
EX8 exempt

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| General Services Administration | Electronically Signed by: Frances L. Stephens |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Deputy Director, Consolidated Processing Center |
|---|---|---|---|
| GS03 | 1909 | 01-11-2003 |  |

Form 50-B
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BURT, GEORGE A. | [redacted] | 04-01-1943 | 03-09-2003 |

### FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 810 | Chg in Allowance/Differential | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| VPG | 5 U.S.C. 5754 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Lead Police Officer<br>WW29247 – 21 | Lead Police Officer<br>WW29247 – 21 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0083 | 09 | 09 | $58,938.00 | PA | GS | 0083 | 09 | 09 | $64,832.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $58,938.00 | $0 | $58,938.00 | $0 | $58,938.00 | $0 | $58,938.00 | $5,894.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Border and Transportation Security<br>Bureau of Imm'n & Customs Enforcement<br>Federal Protective Service Division<br>Federal Triangle and Central District | Border and Transportation Security<br>Bureau of Imm'n & Customs Enforcement<br>Federal Protective Service Division<br>Federal Triangle and Central District |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  (1-None; 2-5-Point; 3-10-Point/Disability; 4-10-Point/Compensable; 5-10-Point/Other; 6-10-Point/Compensable/30%) | 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite) | | X YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| J1 Basic + Option B (1x) + Option A + Option C (1x) | 9 Not Applicable | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 1-CSRS | 11-23-1964 | F Full-Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved) | N (E-Exempt; N-Nonexempt) | 992.P1130300.61.11.000.001.04 | 0062 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPSC | HS806 | 983D | | Nonsensitive (NS) National Security Risk |

**45. Remarks**

Salary in block 20 includes retention allowance of $5,894.00.

Retention allowance is 10% of employee's rate of basic pay.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Homeland Security | Electronically Signed by: Frances L. Stephens<br>Deputy Director, Consolidated Processing Center |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HSBB | 1282 | 03-15-2003 |

5-Part 50-316  Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) TALLEY, CASSANDRA R. | 2. Social Security Number | 3. Date of Birth 06-01-1961 | 4. Effective Date 02-23-2003 |
|---|---|---|---|

### FIRST ACTION

| 5-A. Code 703 | 5-B. Nature of Action Promotion NTE 22-JUN-2003 |
|---|---|
| 5-C. Code N8M | 5-D. Legal Authority Reg 335.102 Except To Comp |
| 5-E. Code | 5-F. Legal Authority |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Lead Police Officer WW29247 - 138 | Supervisory Police Officer WW29248 - 25 |

| 8. Pay Plan GS | 9. Occ. Code 0083 | 10. Grade/Level 09 | 11. Step/Rate 04 | 12. Total Salary $56,301.00 | 13. Pay Basis PA | 16. Pay Plan GS | 17. Occ. Code 0083 | 18. Grade/Level 10 | 19. Step/Rate 05 | 20. Total Salary/Award $61,443.00 | 21. Pay Basis PA |

| 12A. Basic Pay $51,183.00 | 12B. Locality Adj. $0 | 12C. Adj. Basic Pay $51,183.00 | 12D. Other Pay $5,118.00 | 20A. Basic Pay $55,857.00 | 20B. Locality Adj. $0 | 20C. Adj. Basic Pay $55,857.00 | 20D. Other Pay $5,586.00 |

| 14. Name and Location of Position's Organization Public Buildings Service Federal Protective Service Division | 22. Name and Location of Position's Organization Public Buildings Service Federal Protective Service Division |

### EMPLOYEE DATA

| 23. Veterans Preference 1 — 1-None 2-5-Point 3-10-Point/Disability 4-10-Point/Compensable 5-10-Point/Other 6-10-Point/Compensable/30% | 24. Tenure 1 — 0-None 1-Permanent 2-Conditional 3-Indefinite | 25. Agency Use | 26. Veterans Preference for RIF YES [X] NO |
| 27. FEGLI F1 Basic + Option A + Option C (1x) | 28. Annuitant Indicator 9 Not Applicable | 29. Pay Rate Determinant 6 |
| 30. Retirement Plan K  K - FERS and FICA | 31. Service Comp. Date (Leave) 02-10-1988 | 32. Work Schedule F Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied 1. 1-Competitive Service 2-Excepted Service 3-SES General 4-SES Career Reserved | 35. FLSA Category E  E-Exempt N-Nonexempt | 36. Appropriation Code 192.P1130100.61.11.000.001.03 | 37. Bargaining Unit Status 8888 |
| 38. Duty Station Code 110010001 | 39. Duty Station (City - County - State or Overseas Location) WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data WPS | 41. W7807 | 42. 983D | 43. | 44. Noncritical-Sensitive (NCS) National Security Risk |

45. Remarks

Position is at the full performance level.

Subject to completion of one year probationary period for assignment to supervisory (or managerial) position beginning 23-FEB-2003.



EXHIBIT
ROI-14
EX 9 Except.

| 46. Employing Department or Agency General Services Administration | 50. Signature/Authentication and Title of Approving Official |
| 47. Agency Code GS03 | 48. Personnel Office ID 1909 | 49. Approval Date 03-04-2003 | Electronically Signed by: Frances L. Stephens Deputy Director, Consolidated Processing Center |

5-Part 50-316     Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TALLEY, CASSANDRA R. | [redacted] | 06-01-1961 | 02-23-2003 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | Promotion NTE 22-JUN-2003 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N8M | Reg 335.102 Except To Comp |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Lead Police Officer | Supervisory Police Officer |
| WW29247 - 138 | WW29248 - 25 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0083 | 09 | 04 | $56,301.00 | PA | GS | 0083 | 10 | 05 | $61,443.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $51,183.00 | $0 | $51,183.00 | $5,118.00 | $55,857.00 | $0 | $55,857.00 | $5,586.00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Public Buildings Service | Public Buildings Service |
| Federal Protective Service Division | Federal Protective Service Division |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| F1  Basic + Option A + Option C (1x) | 9  Not Applicable | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  K - FERS and FICA | 02-10-1988 | F  Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1.  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPS | W7807 | 983D | | Noncritical-Sensitive (NCS) National Security Risk |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| General Services Administration | Electronically Signed by: Frances L. Stephens |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | Director, Consolidated Processing Center |
|---|---|---|---|
| GS03 | 1909 | 05-06-2003 | |

5-Part 50-316                                                    Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

**1. Name (Last, First, Middle)**
TALLEY, CASSANDRA R.

**2. Social Security Number:** [redacted]
**3. Date of Birth:** 06-01-1961
**4. Effective Date:** 03-09-2003

## FIRST ACTION

| | |
|---|---|
| 5-A. Code: 703 | 5-B. Nature of Action: Promotion NTE 22-JUN-2003 |
| 5-C. Code: N8M | 5-D. Legal Authority: Reg 335.102 Except To Comp |
| 5-E. Code: | 5-F. Legal Authority: |

## SECOND ACTION

| | |
|---|---|
| 6-A. Code: | 6-B. Nature of Action: |
| 6-C. Code: | 6-D. Legal Authority: |
| 6-E. Code: | 6-F. Legal Authority: |

**7. FROM: Position Title and Number**
Lead Police Officer
WW29247 - 138

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0083 | 09 | 04 | $56,301.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $51,183.00 | $0 | $51,183.00 | $5,118.00 |

**14. Name and Location of Position's Organization**
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division

**15. TO: Position Title and Number**
Supervisory Police Officer
WW29248 - 25

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0083 | 10 | 05 | $61,443.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $55,857.00 | $0 | $55,857.00 | $5,586.00 |

**22. Name and Location of Position's Organization**
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division

## EMPLOYEE DATA

**23. Veterans Preference:** 1
 1 – None     3 – 10-Point/Disability     5 – 10-Point/Other
 2 – 5-Point  4 – 10-Point/Compensable    6 – 10-Point/Compensable/30%

**24. Tenure:** 1
 0 – None       2 – Conditional
 1 – Permanent  3 – Indefinite

**25. Agency Use:**

**26. Veterans Preference for RIF:** YES [ ] NO [X]

**27. FEGLI:** F1 — Basic + Option A + Option C (1x)

**28. Annuitant Indicator:** 9 — Not Applicable

**29. Pay Rate Determinant:** 6

**30. Retirement Plan:** K — K – FERS and FICA

**31. Service Comp. Date (Leave):** 02-10-1988

**32. Work Schedule:** F — Full-Time

**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 1
 1 – Competitive Service   3 – SES General
 2 – Excepted Service      4 – SES Career Reserved

**35. FLSA Category:** E — Exempt / N – Nonexempt

**36. Appropriation Code:** 992.P1130100.61.11.000.001.03

**37. Bargaining Unit Status:** 8888

**38. Duty Station Code:** 110010001

**39. Duty Station (City – County – State or Overseas Location):**
WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPS | HS807 | 983D | | Noncritical-Sensitive (NCS) National Security Risk |

**45. Remarks**

Position is at the full performance level.

Special rate under 5 U.S.C. 5305.

Salary in block 20 includes retention allowance of $5,586.00.

Subject to completion of one year probationary period for assignment to supervisory (or managerial) position beginning 23-FEB-2003.

**46. Employing Department or Agency**
Department of Homeland Security

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| HSBB | 1282 | 03-15-2003 |

**50. Signature/Authentication and Title of Approving Official**
Electronically Signed by: Frances L. Stephens
Deputy Director, Consolidated Processing Center

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) TALLEY, CASSANDRA R. | 2. Social Security Number [redacted] | 3. Date of Birth 06-01-1961 | 4. Effective Date 03-09-2003 |
|---|---|---|---|

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | Promotion NTE 22-JUN-2003 |
| 5-C. Code | 5-D. Legal Authority |
| N8M | Reg 335.102 Except To Comp |
| 5-E. Code | 5-F. Legal Authority |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
Lead Police Officer
WW29247 - 138

15. TO: Position Title and Number
Supervisory Police Officer
WW29248 - 25

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0083 | 09 | 04 | $56,301.00 | PA | GS | 0083 | 10 | 05 | $61,443.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $51,183.00 | $0 | $51,183.00 | $5,118.00 | $55,857.00 | $0 | $55,857.00 | $5,586.00 |

14. Name and Location of Position's Organization
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division

22. Name and Location of Position's Organization
Border and Transportation Security
Bureau of Imm'n & Customs Enforcement
Federal Protective Service Division

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1 - None   3 - 10-Point/Disability   5 - 10-Point/Other   2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1   0 - None   2 - Conditional   1 - Permanent   3 - Indefinite | | YES   X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| F1   Basic + Option A + Option C (1x) | 9   Not Applicable | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   K - FERS and FICA | 02-10-1988 | F   Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General   2 - Excepted Service   4 - SES Career Reserved | E   E - Exempt   N - Nonexempt | 992.P1130100.61.11.000.001.03 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| WPS | HS807 | 983D | | Noncritical-Sensitive (NCS) National Security Risk |

45. Remarks

This notification of personnel action replaces a previously executed one.

Special rate under 5 U.S.C. 5305.

Salary in block 20 includes retention allowance of $5586.

| 46. Employing Department or Agency Department of Homeland Security | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code   HSBB | 48. Personnel Office ID   1282 | 49. Approval Date   05-08-2003 | Electronically Signed by: Frances L. Stephens   Deputy Director, Consolidated Processing Center |

5-Part 50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93