# ENFORCEMENT SECTION
## DETAIL SHEET

May 18, 2003     SUNDAY          SECOND SHIFT(1500-2300)

### BEAT ASSIGNMENT

| AREA 1: | SECTORS:1,2,5, & 7 | AREA 3: | SECTORS:3 & 4 |
|---|---|---|---|
| AREA 2: | SECTORS:6,8,9, & 14 | AREA 4: | SECTORS:10,11,12. & 13 |

| SECTOR | OFFICER | CALL SIGN | VEHICLE DOME NO. | SPECIAL ASSIGNMENT |
|---|---|---|---|---|
| **SECTOR ONE:** | | | | |
| | OT MICHAEL, L.  F-416 | C11 | 939 | Keys-(GSA Central)SECURITY PATROLS |
| | BLAND, G.  F-342 | C12 | 930 | 1849 C s. N.W/Interior north & south |
| | | C13 | | 1776 G St. NW,2100 K St. N.W. |
| | | | | 1730 K St. NW,1724 F St. NW,& 600 |
| | | | | 17th St. NW 2100 "M"ST.N.W.(SSA) |
| **SECTOR TWO:** | | | | |
| | SMITH, D. F-1274 | C21 | 946 | Security Patrols-Fed. Courthouse |
| | BEASLEY, W. F 338 | C22 | 937 | Labor Dept. Tax-Ct. 441 G.St. NW.(GAO) |
| | | C23 | | 1905-B 9th Street,N.W. (SSA) |
| | | | | 601 NEW Jersey/FTC @ 601 Penn |
| | | | | 650 Mass. Ave. (ATF)HQ |
| **SECTOR THREE:** | | | | |
| | | C31 | | Security Patrols   2041 |
| | | C32 | | Martin Luther King Ave S.E. Suite#130 |
| | | C33 | | 1291 Taylor,ST.N.W. U.S. National- |
| | | | | Arboretum 7820 Eastern,Ave.NW |
| | | | | 2 Mass , 2800 V st NE |
| **SECTOR FOUR:** | | | | |
| | JACKSON, E.  F-1132 | C41 | 961 | Security Patrols- FOB 6 |
| | OT YANCEY, C.L.  F-431 | C42 | 920 | (400 MD. Ave.) 2100 2nd St.SW |
| | | C43 | | 400 7th St.SW(US Dept. of Trans.) |
| | | | | 800 Independence Ave. SW (FAA |
| | | | | Hgts.) |

APPROVED BY:  
CPL.SHORT,G.A.

DATE:  
5/18/2003



EXHIBIT  
ROI-14  
11

| SECTOR | OFFICER | CALL SIGN | VEHICLE DOME NO. | SPECIAL ASSIGNMENT |
|---|---|---|---|---|
| **SECTOR FIVE:** | | | | |
| | CENTRAL DISTRICT | C51 | | Security Patrols & Homess removeal- |
| | CENTRAL DISTRICT | C52 | | Ronald Regan Bldg.,1801 L St.NW |
| | | | | 2120 L St. 2100 M St. NW,1730 M St. |
| | | | | 1919 M St.& 2121 Virginia Ave.NW |
| **SECTOR SIX:** | | | | |
| | EASTERN DISTRICT | C61 | | Security Patrol - US National Arboret- |
| | EASTERN DISTRICT | C62 | | urm, 10902 New HampshireAve. |
| | | | | (WHITE Oak) |
| **SECTOR SEVEN:** | | | | |
| | EASTERN DISTRICT | C71 | | SECTOR PATROLS-SEE SECTOR BOOK |
| | EASTERN DISTRICT | C72 | | |
| **SECTOR EIGHT:** | | | | |
| | EASTERN DISTRICT | C81 | | |
| | EASTERN DISTRICT | C82 | | SECTOR PATROLS-SEE SECTOR BOOK |
| **SECTOR NINE:** | | | | |
| | EASTERN DISTRICT | C91 | | Security patrols-6009&6710 |
| | EASTERN DISTRICT | C92 | | OxonHill Rd.,Fed.Ct.Green- |
| | EASTERN DISTRICT | C93. | | belt,5627 Allentown Rd.,5000 |
| | | | | Ellen Rd.,(IRS)Landham,MD. |
| **SECTOR: TEN ELEVEN,TWELVE & THIRTEEN** | WESTERN DISTRICT | C101 | | Security Patrols-401 Ct.House |
| | WESTERN DISTRICT | C111 | | Sq. Alexandria,VA. |
| | WESTERN DISTRICT | C112 | | 1621 North Kent St., Arlington,VA |
| | | | | Floors 2,4,5,11 & 12 |

**SECTOR FOURTEEN**
3rd & M ST. S.E.
GREEN, R.    F-1275    (OT)                    SOUTHEAST FEDERAL CENTER

APPROVED BY:                                                          DATE:
CPL.SHORT,G.A.                                                        5/18/2003

# ENFORCEMENT SECTION
## DETAIL SHEET



| May 19, 2003 | MONDAY | SECOND SHIFT (1500-2300) |
|---|---|---|

**WATCH COMMANDER:**
CAPT. MITCHELL, W.E. V-11

**SERGEANT:**
SGT. WEST, R. S-165

**TEAM LEADER:**
CAPT. THOMAS, R.L. V-12 (OT)

**SERGEANT:**

**TEAM LEADER:**

**ACTING SERGEANT:**
OT CPL. SHORT, G.A. F-259

**TEAM LEADER:**

**CDO:** HILL, T.F. F-380

| DAY OFF (ONE) | | DAY OFF (TWO) |
|---|---|---|
| LT. BLACK, B. | | |
| CPL. SHORT, G.A. | | |

| ANNUAL LEAVE | SICK | EXCUSED/OTHER LEAVE |
|---|---|---|
| | | CPL. DAMON, B.L. (O) |

| TRAINING | DETAILED TO | |
|---|---|---|
| | RONALD REAGAN BLDG. (1800-2300) | CAPT. THOMAS, R. (T-3) |
| | MARTIN, R. F-1394 (OT) | VILLA, M. F-1323 (T-3) |
| | GREENE, R. F-1275 (OT) | HIGGINS, J. F-677 (DHS) |
| | DIXON, R. P-411 (OT) | SHANLEY, W. F-1174 (DHS) |
| | BRIGHT, J. F-1433 (OT) | WILLIAMSON, K.P. (T-3) |
| | | CHILDS, J. III, F-1143 (T-3) |

**APPROVED BY:**
CPL. SHORT, G.A.    5/19/2003

| SECTOR | OFFICER | CALL SIGN | VEHICLE DOME NO. | SPECIAL ASSIGNMENT |
|---|---|---|---|---|
| **SECTOR FIVE:** | | | | |
| | SMITH, D. | F-1274 | C51 | 946 | Security Patrols & Homeless removeal- |
| | JACKSON, E. | F-1132 | C52 | 961 | 2041 M. Luther King Ave. SE,Suite 130 |
| | | | | 2nd & Mass. Ave. NE, 1801 L St. NW,2120 |
| | | | | L St. NW, 2100 M St. NW |
| **SECTOR SIX:** | | | | |
| | | C61 | | Homeless removeal-OPM 1900 |
| | | C62 | | "E" St. N.W., |
| | | | | Security Patrols-Ronald Regan |
| | | | | Building |
| **SECTOR SEVEN:** | | | | |
| | EASTERN DISTRICT | C71 | | Security Patrols-White Oak-10901 |
| | EASTERN DISTRICT | C72 | | New Hampshire Ave.,Silver Spring |
| | | | | Md. |
| **SECTOR EIGHT:** | | | | |
| | EASTERN DISTRICT | C81 | | |
| | EASTERN DISTRICT | C82 | | SECTOR-PATROLS SEE-SECTOR BOOK |
| **SECTOR NINE:** | | | | |
| | EASTERN DISTRICT | C91 | | Security Check-6009 & 6710 |
| | EASTERN DISTRICT | C92 | | Oxon Hill RD., Fed.Ct.,Greenbelt |
| | EASTERN DISTRICT | C93 | | 5627 Allentown Rd.,5000 Ellen |
| | | | | Rd.,(IRS)Landham,Md. |
| **SECTORS TEN, ELEVEN,TWELVE & THIRTEEN:** | WESTERN DISTRICT | C101 | | Securiy Patrols-401 CT. House |
| | WESTERN DISTRICT | C111 | | SQ.,Alexandria,VA. |
| | WESTERN DISTRICT | C121 | | 4401 N.Fairfax,Dr.4015 Wilson,Blvd. |
| | | C122 | | 5107-5111-5113 Leeburg,Pike. |
| **SECTOR FOURTEEN:** | | | | |
| 3rd & M ST. S.E. | | | | S.E. FEDERAL CENTER |

APPROVED BY:
CPL.SHORT,G.A.

5/19/2003



EXHIBIT
ROI-14
12

Temporary Promotions in Federal Protective Service 8-13-00 to 05-31-03. Privacy Act of 1974 protected.

| Full Name | M/F | Age | DOB | To Position Title | To PP-Ser-Gr | To Org | Eff Date | NOAC | Auth Cd |
|---|---|---|---|---|---|---|---|---|---|
| Ambush Dorothy M | F | 50 | 9/27/1952 | Supervisory Police Officer | GS-0083-10 | WPSO | 10/8/2000 | 703 | N8M |
| Blocker Ronald A | M | 54 | 9/12/1948 | Supervisory Criminal Investigator | GS-1811-14 | WPS | 2/23/2003 | 703 | N8M |
| Blocker Ronald A | M | 54 | 9/12/1948 | Supervisory Criminal Investigator | GS-1811-14 | WPSO | 3/9/2003 | 703 | N8M |
| Bray Richard R | M | 57 | 8/20/1945 | Supv Physical Security Specialist | GS-0080-14 | WPSH | 2/11/2001 | 703 | N8M |
| Brown Marilyn R | F | 48 | 6/17/1955 | Supervisory Police Officer | GS-0083-11 | WPS | 2/23/2003 | 703 | N8M |
| Brown Marilyn R | F | 48 | 6/17/1955 | Supervisory Police Officer | GS-0083-11 | WPS | 3/9/2003 | 703 | N8M |
| Burnette Mary F | F | 55 | 8/21/1947 | Supervisory Criminal Investigator | GS-1811-13 | WPS | 2/23/2003 | 703 | N8M |
| Burnette Mary F | F | 55 | 8/21/1947 | Supervisory Criminal Investigator | GS-1811-13 | WPSO | 3/9/2003 | 703 | N8M |
| Coleman Ronald J | M | 55 | 7/7/1947 | Lead Training Instructor | GS-1712-12 | WPS | 8/25/2002 | 703 | N8M |
| Dunham Shelley L | F | 47 | 2/14/1956 | Supv Physical Sec Spec (LESO) | GS-0080-13 | WPS | 2/23/2003 | 703 | N8M |
| Eley Jobie | M | 54 | 7/2/1948 | Supervisory Physical Security Spec | GS-0080-13 | WPS | 3/9/2003 | 703 | N8M |
| Evans,Jr. Robert L | M | 48 | 10/28/1954 | Supervisory Physical Security Spec. | GS-0080-13 | WPSH | 4/22/2001 | 703 | N8M |
| Hallman Maybelle P | F | 47 | 4/21/1956 | Supervisory Police Officer | GS-0083-12 | WPS | 2/9/2003 | 703 | N8M |
| Hallman Maybelle P | F | 47 | 4/21/1956 | Supervisory Police Officer | GS-0083-12 | WPS | 3/9/2003 | 703 | N8M |
| Jackson Isaac R | M | 57 | 12/29/1945 | Supervisory Police Officer | GS-0083-10 | WPS | 4/6/2003 | 703 | N8M |
| Mitchell,Jr. Webb E | M | 55 | 1/27/1948 | Supv Physical Sec Spec (LESO) | GS-0080-13 | WPS | 3/9/2003 | 703 | N8M |
| Moses Patrick D | M | 39 | 1/9/1964 | Regional Protection Officer | GS-0301-15 | WPS | 12/29/2002 | 703 | N8M |
| Moses Patrick D | M | 39 | 1/9/1964 | Regional Protection Officer | GS-0301-15 | WPS | 3/9/2003 | 703 | N8M |
| Poston John | M | 55 | 11/22/1947 | Supv Physical Sec Spec (LESO) | GS-0080-13 | WPS | 3/23/2003 | 703 | N8M |
| Roberts,Jr. Edward | M | 54 | 8/1/1948 | Supervisory Police Officer | GS-0083-12 | WPS | 3/9/2003 | 703 | N8M |
| Schmick David N | M | 48 | 9/7/1954 | Physical Security Specialist | GS-0080-13 | WPS | 8/25/2002 | 703 | N8M |
| Surbeck Anthony D | M | 30 | 7/1/1972 | Supervisory Training Instructor | GS-1712-13 | WPSS | 4/6/2003 | 703 | N8M |
| Talley Cassandra R | F | 42 | 6/1/1961 | Supervisory Police Officer | GS-0083-10 | WPS | 2/23/2003 | 703 | N8M |
| Talley Cassandra R | F | 42 | 6/1/1961 | Supervisory Police Officer | GS-0083-10 | WPS | 3/9/2003 | 703 | N8M |
| Waldon Don T | M | 63 | 8/17/1939 | Supervisory Physical Security Spec | GS-0080-14 | WPS | 3/9/2003 | 703 | N8M |
| Waters Wellington W | M | 61 | 4/10/1942 | Supervisory Physical Security Spec | GS-0080-14 | WPS | 3/9/2003 | 703 | N8M |
| Williams Maurice J | M | 56 | 3/16/1947 | Supervisory Police Officer | GS-0083-10 | WPS | 3/9/2003 | 703 | N2M |
| Williams Scott A | M | 34 | 8/21/1968 | Supervisory Police Officer | GS-0083-11 | WPS | 3/9/2003 | 703 | N8M |

Above information is a true extract from the Comprehensive Human Resources Information System (CHRIS) maintained by the GSA Office of the Chief Human Capital Officer. Data extracted 06-18-03.

*Ora M. Shackelford*    *June 18, 2003*
Ora M. Shackelford, Human Resources Specialist, June 18, 2003

RECEIVED 2003 JUN 20 A 11:57 GSA-NCR EEO OFFICE