Page 93

1  action as set forth in our previous letter are sustained. We
2  are hereby advised -- you are hereby advised that you will be
3  suspended from duty and pay from Tuesday, October the 22nd,
4  2002, until Wednesday, November the 20th, 2002. You are to
5  return to duty on Thursday, November the 21st, 2002. You have
6  the right to appeal this action to the Merit Systems
7  Protection Board or to grieve it under the Negotiated
8  Grievances Procedures or both. Then it goes on. So what, if
9  anything, did you do after you got this letter?
10     A. Well, I didn't follow up on it, but I did contact
11  the Merit System and -- but I didn't follow through on that.
12     Q. You didn't follow through on it with the --
13     A. With the Merit, yeah, to file an appeal.
14     Q. Did you file a grievance?
15     A. No.
16     Q. Did you try to go back to the Regional Director or
17  -- I'm sorry, the Director, Mr. Jordan?
18     A. No, I didn't follow up on that.
19     Q. And did you -- you said you didn't get the letter of
20  August the 29th. Did you try to go back and tell them you
21  didn't get the letter of August the 29th?
22     A. No, because -- no. No, I did not.
23     Q. Okay. You didn't say that I shouldn't be --
24        MS. HARDNETT: Objection.
25        MS. FIELDS: I'm asking --

Page 94

1        BY MS. FIELDS:
2     Q. You didn't tell them that you shouldn't be suspended
3  because you never got the letter of August the 29th?
4     A. No.
5     Q. Okay. Did you ever try to get any reconsideration
6  by the Director of this decision reflected in the October
7  15th, 2002 letter?
8     A. No.
9     Q. Okay.
10        MS. FIELDS: Mark that for me, please.
11        REPORTER: Number 16.
12  (Whereupon, the document that was referred to as Exhibit
13  Number 16 was marked for identification.)
14        BY MS. FIELDS:
15     Q. Exhibit Number 16, do you recognize that document?
16     A. Yes.
17     Q. Is this a document prepared by you?
18     A. Yes, um-hum.
19     Q. It's dated October the 23rd, 2002?
20     A. Right.
21     Q. Did you prepare this document?
22     A. Yes.
23     Q. And it's to Chief Earl Boyd --
24     A. Boyd, right.
25     Q. -- B-O-Y-D, Office of the Director, Federal

Page 95

1  Protective Service?
2     A. Yes.
3     Q. Did you submit this to him on or about October the
4  23rd, 2002?
5     A. Yes.
6     Q. Okay. And did you submit that to him after you had
7  received Exhibit Number 15?
8     A. Yes, I did.
9     Q. Okay. Now you said that you had -- that the
10  knowledge you had concerning your suspension was --
11        MS. FIELDS: Can I have the infraction.
12        BY MS. FIELDS:
13     Q. That was Exhibit Number 7, is that correct?
14     A. Oh, this is Number 7 again. Yes.
15     Q. Okay. So have you seen that?
16     A. Yes.
17     Q. And had you seen that document after you signed it?
18     A. I beg your pardon.
19     Q. Did you see that document after you signed it?
20     A. Which document, this one here?
21     Q. Yes.
22     A. Yes, yes.
23     Q. Okay.
24     A. Yes.
25     Q. Did you see the portions underneath your signature

Page 96

1  after you signed it?
2     A. No -- oh, yes, yes, yes, yes, yes.
3     Q. When?
4     A. Wait a minute now. I can't --
5        MS. HARDNETT: I'm going to object. This question
6  was already asked and already answered.
7        WITNESS: No. I'm not sure. I'm not sure about
8  that.
9        BY MS. FIELDS:
10     Q. You're not sure about what?
11     A. I can't testify to that because --
12        MS. HARDNETT: Objection, asked and answered.
13        MS. FIELDS: Complete your answer, please. You can
14  answer.
15        MS. HARDNETT: Objection.
16        WITNESS: Because a couple of those things was
17  blank. I never received anything -- where I put my signature
18  on there, I don't recall seeing anything underneath --
19        BY MS. FIELDS:
20     Q. Okay. So --
21     A. -- that I can remember. I don't recall seeing
22  anything underneath, and I'm not going to say I saw that when
23  I didn't see it.
24     Q. And in Exhibit Number 8, after you signed the
25  document, did you see what was written in -- did there come a