### Page 145

1  know I didn't sign that back sheet. No, but the time hadn't
2  expired. But I remember when I received this. I remember
3  when I received it.
4     Q. Okay. Did you make --
5     A. But I don't remember the exact, you know, time, but
6  I think it was within the regular time.
7     Q. Did you reply with four days -- did you request four
8  days to reply?
9     A. No, but that was already typed in, I believe.
10    Q. So who requested four days?
11    A. I didn't.
12    Q. Is that the reason why you didn't sign it, because
13 you didn't prepare this document?
14    A. I say probably, it might have been. It might have
15 been. No, I didn't request, no.
16    Q. Okay. So when you signed the first part of this
17 document was any of this other stuff -- this other writing
18 filled in?
19    A. No, no, no. There wasn't no signatures or nothing
20 there.
21    Q. Now the second page of this document says George --
22 the last line says George A. Short, by your actions on June
23 29th, 2002, and from July 3, 2002 until July 5th, 2002, you
24 are charged with being absent without authority as you did not
25 report for duty as scheduled. Is this signed?

### Page 146

1     A. No.
2     Q. Is your signature anywhere on here?
3     A. No, uh-uh.
4     Q. And is your signature on page 4 of this document?
5     A. No.
6     Q. I'm going to show you what's been marked as
7  Plaintiff's -- I'm sorry, Defendant's Exhibit Number 7. Is
8  this your signature on this document?
9     A. Yes, right here. Yes, that's my signature, yes.
10    Q. Was any of the information below your signature on
11 this document when you signed it?
12    A. No.
13    Q. I'm going to call your attention to the second page
14 of this document. Is your signature on the second page of
15 this document?
16    A. No.
17    Q. I'd like to call your attention to what's been hand
18 marked as page number 5. Is your signature on this page?
19    A. No.
20    Q. Okay. It says I, George A. Short, request two days
21 to prepare a reply to the charges presented to me on 6/18/02.
22 Did you prepare this document that says I, George A. Short?
23    A. No, uh-uh.
24    Q. Is this document signed by you?
25    A. No.

### Page 147

1     Q. Who is the document signed by?
2     A. Lieutenant Thomas.
3     Q. And I'm going to show you or refer back to Exhibit
4  Number 8, and it says I, George A. Short, request four days to
5  prepare. Did you sign this document?
6     A. No.
7     Q. Is this document signed?
8     A. Not by me.
9     Q. Okay. Now did you express to them that you agreed
10 with the reprimands and the period of suspension that you were
11 given?
12    A. Agree with it? No.
13    Q. That you thought it was justified?
14    A. No. I didn't agree at all.
15    Q. Is that the reason why you filed the charge of
16 discrimination?
17    A. Yes, uh-huh.
18       MS. HARDNETT: That's it.
19          REDIRECT EXAMINATION
20       BY MS. FIELDS:
21    Q. Now, Mr. Short, you indicated that you went out to
22 Ronald Reagan -- to the Ronald Reagan Building concerning the
23 notification that someone had been found with a gun in the
24 car, is that correct?
25    A. Yes.

### Page 148

1     Q. And you indicated that you were the acting
2  supervisor there?
3     A. Yes, uh-huh.
4     Q. You were the supervisor on the scene?
5     A. Yes.
6     Q. Okay. And the other people were under you, is that
7  correct?
8     A. Yes, uh-huh.
9     Q. So you were the supervisor?
10    A. Yes.
11    Q. Okay. And the other people did what you allowed
12 them to do, is that correct?
13    A. Yes, based on the information that I received from
14 the U.S. Attorney.
15    Q. Okay. And after you spoke with the U.S. Attorney
16 you got a direct order from your supervisor to arrest the
17 person, is that correct?
18    A. Yes.
19    Q. Okay.
20       MS. FIELDS: Now can we see Exhibit Number 6,
21 please?
22       BY MS. FIELDS:
23    Q. Okay. I just want to make sure -- I understand what
24 you testified. I'm going to show you page 3 of Exhibit Number
25 6, okay? You testified previously -- you take a look at it --