Avis B. Johnson
National Capitol Region
301 7th Street, S. W. Regional Office Building
Washington, D.C. 20407-0001



Dear Avis B. Johnson:

I would like to make an Amendment to my Formal Complaint file on October 23, 2002 concerning <u>Harassment</u> and <u>Discrimination.</u> This additional complaint, (Dated November 21, 2002 thru January 1, 2003) concerning <u>Retaliation</u> and <u>Harassment</u> after filing complaint with EEO and after 30 days suspension. Some base of <u>Retaliation</u> and <u>Harassment</u> are listed below:

1. November 21, 2002, 3:00 pm no weapon was in the safe for me to go into complete uniform. Lt. Black, (My Team Leader) stated my weapon was send to the Pistol Range and the range had close at 2; 00 pm. I worked in the office because of no weapon.
   a. (4; 17 pm) Lt. R. Thomas personally gave me some paper work, (Pay Slip for pay prior of suspension and an envelope, containing a copy of a request for personnel action, and return to duty from 30 days suspension).
   b. (10:25 pm) Capt. W. Mitchell came into the office, he did not speak or welcome me back His first and only words were "Did you get enough rest".
2. November 22, 2002, (3:00 pm) Weapon was issued, but no vehicle. My assign vehicle was Missing with all my equipment and supplies. My vehicle was turn in to Capt. W. Mitchell October 22, 2002, (11:15 pm). November 22, 2002 (4:00 pm) Capt. W. Mitchell stated he turn my vehicle with equipment and supplies over to Major W. Walter. I had to use a spear vehicle without my equipment and supplies, which also included body armor, (Vest).
3. November 26, 2002, (4:00 pm) Lt. R. Thomas gave me a book and key to vehicle # 981 And stated this is your assign vehicle with no paper work. I did not drive vehicle # 981 homes because of no paper work and improper procedure.
4. November 27, 2002, I sign for vehicle # 981 and gave the proper paper work to Lt. R. Thomas. Vehicle # 981 is a 2000 Model and my old assign vehicle # 997 is a 2002 Model. See attachment concerning vehicle policy and vehicle # 981. Equipment and supplies still missing.
5. November 28, 2002, I was denied leave for Thanksgiving Day by Lt. R. Thomas. He did not notify me concerning my disapproved leave. I had to find out on my own, the day before Thanksgiving day.
6. December 3, 2002, (2:00 pm) I went to work one hour early to get my equipment and supplies. I went to Logistics to get my equipment. Demiko Suggs was in charge at this time and he gave me my equipment and supplies. There was no inventory slip to sign because none was taken, by anyone. I made a quick check because I had to go to roll call and not knowing at this time that all my supplies were not there. Later that night I made another check and found the following items missing. Two computer speaker, power inverter and vehicle cleaning supplies.
7. December 4, 2002, I contacted Capt. W. Mitchell and Major W.Walter concerning my missing supplies, but with negative result. About 9:00 pm that same day FPO George bland wrote a 3155 report on my missing supplies. (See copy)



8. December 5, 2002, (3:00 pm) when I Arrived at FPS office, I was approach by FPO D. Parry and she gave me a property recipe to sign and a box with all the missing supplies. I could not get any information as to who had my supplies.
9. December 18, 2002, I discovered my leave was disapproved by Lt. R. Thomas. The record shows I was once again denied leave for December 25, 2002. Again I was not notified of the disapproved leave. My leave was approved for the 24 of December, 2002. I did not take the approved leave for December 24, 2002. I work Christmas Eve and Christmas Day.
10. December 28, 2002, for the record I discovered my leave for January 1, 2003 was disapproved and December 31, 2002, approved. This time I took December 31, 2002 and work New Year Day. (See leave request, work schedule and work detail sheet.)

Sincerely,

*[signature]*
GEORGE A. SHORT

November 12, 2002

U.S. General Services Administration

# National Capitol Region

301 7th Street, S.W. Regional Office Building

Washington, D.C. 20407-0001

**RECEIVED**

2002 NOV 12  A 11: 19

GSA-NCR EEO OFFICE

Dear Avis B. Johnson:

I would like to Amend my *GAS Formal Complaint File on Oct. 23, 2002, Regarding The* Suspendsion which is no longer a Proposed Suspendsion, from October 22, 2002 until November 20, 2002, of the three incidents listed below.

1. On June 18, 2002, Failure to follow instructions.
2. On June 18, 2002, Disrespectful behavior toward a supervisor.
3. On July 18, 2002, Absent without leave (AWOL).

GEORGE A. SHORT

*[signature: George A. Short]*