| GENERAL SERVICES ADMINISTRATION<br>RECORD OF INFRACTION | | See INSTRUCTIONS on reverse |
|---|---|---|
| **NAME OF EMPLOYEE**<br>GEORGE A. SHORT | **TITLE**<br>LEAD POLICE OFFICER | **GRADE**<br>GS-09 |
| **ORGANIZATION**<br>GSA, NCR, FPS, ENFORCEMENT SECTION | **LOCATION**<br>BLDG. 74, S.E. FEDERAL CENTER WASHINGTON DC | |

**1. SUPERVISOR'S REPORT**

GEORGE A. SHORT, CORPORAL, WAS ASSIGNED TO THE FEDERAL PROTECTIVE SERVICE POLICE BUREAU FROM JANUARY 1, 2002 TO PRESENT.

ON JUNE 19, 2002, A DIRECTIVE WAS ISSUED BY ASSTANT CHIEF DON WALDON, INSTRUCTING THAT CANCELLATION OF DAYS OFF FOR JUNE 29, 2002 AND THE PROCEDURE THAT WAS TO IMPLIMENTED FOR JULY 4, 2002. THE DIRECTIVE READ THAT DAYS OFF WERE CANCELED FOR THE FIRST SHIFT OFFICERS AND SUPERVISORS ON JUNE 29, 2002 AND THE DIRECTIVE READ THAT FOR JULY 4, 2002 NO OFFICER WILL BE EXCUSED FROM DUTY ON JULY 4, 2002.

ON JUNE 17, 2002 YOU SUBMITTED A LEAVE REQUEST FOR JULY 4, 2002 ASKING THAT YOU BE EXCUSED FROM DUTY FOR THAT DAY. YOUR REQUEST WAS DENIED AND YOU WERE INFORMED OF THE DECISION TO NOT EXCUSE YOU FROM DUTY, AS IT WAS YOUR REGULAR DAY OF WORK..

ON JUNE 28, 2002, YOU SUBMITTED A LEAVE REQUEST FORM TO SGT. BENNIE SHERROD DATE 6/17/02, WHEREAS YOU REQUESTED ANNUAL LEAVE TO ATTEND A WEDDING ON JUNE 29, 2002. YOUR REQUEST FOR LEAVE WAS DENIED BY SGT. SHERROD. ON JUNE 29, 2002. ON JUNE 29, 2002 YOU WERE SCHEDULED FOR DUTY FROM 3PM UNTIL 11PM. YOU DID NOT REPORT FOR DUTY AS SCHEDULED AND YOU CALLED THE

| **SUPERVISOR (Signature)**<br>REGINALD L. THOMAS | **TITLE**<br>LIEUTENANT | **DATE**<br>07-15-2002 |
|---|---|---|

**2. EMPLOYEE'S STATEMENT** - I HAVE READ THE ABOVE REPORT AND MAKE THE FOLLOWING COMMENT

No statement at this time

| **EMPLOYEE (Signature)** | | **DATE** 7-18-02 |
|---|---|---|

**3. PREVIOUS INFRACTIONS** (Nature of offense, penalty action taken, and date of penalty action)

NONE

**4. ACTION TAKEN OR RECOMMENDED** (Give reasons for any deviations from Penalty Guide)

5 days suspension

| **SUPERVISOR (Signature)**<br>Reginald L. Thomas | **TITLE**<br>Lieutenant | **DATE**<br>7/22/02 |
|---|---|---|

**5. ACTION TAKEN OR RECOMMENDED** (Include any appropriate comments)

I concur with Lt. Thomas's recommendation.

| **SUPERVISOR (Signature)** | **TITLE**<br>Captain | **DATE**<br>7/22/02 |
|---|---|---|

GSA FORM JUN 82 225

EXHIBIT
Defendant #8
7 20 07

RECORD OF INFRACTION CONTINUATION

GEORGE A. SHORT, LEAD POLICE OFFICER
FEDERAL PROTECTIVE SERVICE DIVISION
POLICE BUREAU, ENFORCEMENT SECTION

Enforcement Section Headquarters and spoke to Lt. Thomas at approximately 4:20 p.m., who was informed by you that you would not be able to report as scheduled because of an emergency and that you were requesting leave for the day. Your request for leave was denied. You did not report for duty until July 2, 2002. On July 3, 2002, you called the Enforcement section Headquarters and reported that you were unable to report for duty for July 3, 2002 because you were ill.

On July 4, 2002 you were scheduled for duty from 3pm until 11 pm. You did not report for duty as scheduled and You did not report for duty until July 6, 2002 whereas you worked from 3pm until 6:30am the second and third shifts. On July 9, 2002, you submitted a doctor's certificate from a local doctor indicating that you were totally incapacitated from July 3, until July 8, 2002.

On July 3, 2002, Lt. Thomas received information from Capt. Richard A. Simms that he talked with you on June 28, 2002 when you were denied leave by Sgt. Bennie C. Sherrod for, June 29, 2002 and that that you stated that you were not going to report for duty on June 29, 2002 and July 4, 2002.

George A. Short by your action on June 29, 2002, and from July 3, 2002 until July 5, 2002 you are charged with being absent without authority as you did not report for duty as scheduled.

| | | |
|---|---|---|
| Reginald L. Thomas *(signature)* | Lieutenant | July 15, 2002 |
| Signature | title | Date |

-2-

## INSTRUCTIONS

The immediate supervisor is normally the one responsible for initiating corrective action when an employee under his supervision violates regulations or GSA Standards of Conduct. This form is for use in reporting violations under Table 1 of the Penalty Guide, according to the instructions in the GSA Administrative Manual 3-111.

The supervisor should make a thorough and careful inquiry into the facts, interviewing the employee and any witnesses who have firsthand information. He should make every effort to reconcile conflicting statements and to get the whole story before filling out this form and making any judgment.

1. WHAT TO REPORT - State the facts simply and in logical order. All persons, places, dates and records referred to should be fully identified. If more space is required attach a sheet of paper to the form.

2. GETTING THE EMPLOYEE'S STATEMENT - The supervisor should ask the employee to read the report in block 1 and furnish his comments and signature. The employee may admit, deny, or explain the alleged infraction. If he admits the offense as reported, statement of witnesses need not be obtained. If witnesses' statements are secured, they should be attached to this form.

3. RECORDING PREVIOUS INFRACTIONS - The employee's previous record will be used in applying the Penalty Guide and in considering any deviation from the Guide. Only those Table 1 offenses for which penalty action was imposed within the last three years will be listed. Table II offenses will be listed without regard to the date they occurred.

4. ACTION BY THE SUPERVISOR - The supervisor who fills out this block may be the same one who filled out the report in block 1, or may be a supervisor at a higher level. He should consult the Penalty Guide and carefully weigh all the facts revealed by the inquiry, as well as the employee's statement in block 2. If he decides that no penalty action is warranted, he will so advise the employee and destroy this form. If he decides on either a warning notice or an official reprimand and is authorized to take such penalty action, he should note the fact in this block and issue the appropriate notice to the employee. A copy of the notice to the employee, together with the original of this form and any additional statement of comment or explanation received from the employee within 10 days, will be forwarded to the Personnel Division for the employee's official personnel folder. If the supervisor decides on a penalty action which he is not authorized to take, he will make his recommendation in this block and forward the form through channels for action.

5. ACTION BY HIGHER LEVEL SUPERVISOR - This block is provided for action by a higher level supervisor, as needed. The instructions in 4, above, also apply here. If an adverse personnel action is believed warranted, i. e., suspension, demotion, or removal, the form will be forwarded to the Personnel Division for action.

6. NOTIFICATION TO EMPLOYEE - The employee must be advised of the final decision with respect to any infraction written up on this form.

I <u>George A. Short</u> request <u>4</u> days to
   Name of PO                        Number

prepare a reply to the charges presented to me on   <u>7/18/02</u>.
                                                                                  date

by  <u>Sgt. Russell West</u>.
    Name of Supervisor

PO's Signature _____

Supervisor's Signature *[signature: Russell West]*

4