UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE A. SHORT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-01034 (RMU) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant ) | |

NOTICE

The exhibits in defendant's motion for summary judgment referred to as Maltby Dec. and Short SF-50 (retirement) are previously filed attachments 1 and 2 to defendant's Motion to Dismiss, Docket No. 8.

Respectfully Submitted,

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970