```
                EXCEPTION TO SF-50 -- APPROVED FOR FILING IN OFFICIAL PERSONNEL FOLDER    PAGE 1
-------------------------------------------------------------------------------------------------
DEPT. OF HOMELAND SECURITY          AGENCY:  IMMIGRATION AND CUSTOMS ENFORCEMENT          POI:  1145
-------------------------------------------------------------------------------------------------
EMPLOYEE NAME: SHORT, GEORGE A           SOCIAL SECURITY NO. [redacted]      DATE OF BIRTH: [redacted]
=================================================================================================
                              CHRONOLOGICAL LISTING OF PERSONNEL ACTIONS
=================================================================================================

EFFECTIVE DATE: 02/25/2005      ACTION: 302 - RETIREMENT VOLUNTARY           LEGAL AUTH: SQM 5 U.S.C. 8336

RETIREMENT PLAN: CS                  ANNUITANT INDICATOR: NOT APPLICABLE        SCD LEAVE: 11/23/1964
FEGLI: BASIC-STANDARD-1X ADDITIONAL-1X FAM   VETERANS PREFERENCE: 5-POINT        TENURE: PERMANENT
                                     VETERANS PREFERENCE (RIF): YES

POSITION OCCUPIED: COMPETITIVE SERVICE   FLSA: NONEXEMPT                     PAY BASIS: PER ANNUM
WORK SCHEDULE: FULL TIME                 PART TIME HRS (BIWEEKLY):           TOTAL SALARY/AWARD:    $70,038.00
PAY PLAN/SERIES/GRADE/STEP: GS-0083-09 -10  DUTY STATION: WASHINGTON    DIST OF COLUMBIA  BASIC PAY:    $63,671.00
POSITION NUMBER: 04009673  FW294B        POSITION TITLE: LEAD POLICE OFFCR    LOCALITY ADJ:               $0.00
ORGANIZATION: (BB)1971010020000000        BARGAINING UNIT STATUS: 0062        OTHER PAY:             $6,367.00
   IMMIGRATION AND CUSTOMS ENFORCEMENT   PAY RATE DETERMINANT: SPECIAL RATE   ADJ BASIC PAY:        $63,671.00
   FPS DIRECTOR
   FPS REGN 11 DIR - NATL CAPITAL
   FPS REGN 11 OPERATIONS BRANCH

REMARKS: TRANSFER FEHB ENROLLMENT TO OPM.
         STANDARD OPTIONAL INSURANCE: ELIGIBLE TO CONTINUE: COVERAGE BEGAN 02/05/96
         .
         ADDITIONAL OPTIONAL INSURANCE: ELIGIBLE TO CONTINUE: COVERAGE BEGAN 3/31/8
         1; LOWEST MULTIPLE DURING LAST FIVE YEARS - X01; ELECTED 0% REDUCTION.
         FAMILY OPTIONAL INSURANCE: ELIGIBLE TO CONTINUE: COVERAGE BEGAN 3/31/81; L
         OWEST MULTIPLE DURING LAST 5 YEARS - X01; ELECTED 0% REDUCTION.
         FORWARDING ADDRESS  903 LARCH AVENUE, TAKOMA PARK, MD 20912.
         LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

PROCESSING PAY PERIOD: 05 2005
=================================================================================================

EFFECTIVE DATE: 01/09/2005      ACTION: 894 - PAY ADJ                  LEGAL AUTH: QWM REG 531.205
                                                                                    ZLM E O  13368

RETIREMENT PLAN: CS                  ANNUITANT INDICATOR: NOT APPLICABLE        SCD LEAVE: 11/23/1964
FEGLI: BASIC-STANDARD-1X ADDITIONAL-1X FAM   VETERANS PREFERENCE: 5-POINT        TENURE: PERMANENT
                                     VETERANS PREFERENCE (RIF): YES

POSITION OCCUPIED: COMPETITIVE SERVICE   FLSA: NONEXEMPT                     PAY BASIS: PER ANNUM
THIS IS AN OFFICIAL DOCUMENT APPROVED BY OPM.
```

```
       EXCEPTION TO SF-50 -- APPROVED FOR FILING IN OFFICIAL PERSONNEL FOLDER                 PAGE 2

EMPLOYEE NAME: SHORT, GEORGE A           SOCIAL SECURITY NO. 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        DATE OF BIRTH: 04/01/1943
-------------------------------------------------------------------------------------------------------
WORK SCHEDULE: FULL TIME                   PART TIME HRS (BIWEEKLY):     TOTAL SALARY/AWARD: $70,038.00
PAY PLAN/SERIES/GRADE/STEP: GS-0083-09 -10 DUTY STATION: WASHINGTON  DIST OF COLUMBIA BASIC PAY: $63,671.00
POSITION NUMBER: 04009673   FW294B          POSITION TITLE: LEAD POLICE OFFCR     LOCALITY ADJ:     $0.00
ORGANIZATION: (BB)19710100200000000         BARGAINING UNIT STATUS: 0062          OTHER PAY:    $6,367.00
  IMMIGRATION AND CUSTOMS ENFORCEMENT       PAY RATE DETERMINANT: SPECIAL RATE    ADJ BASIC PAY:$63,671.00
  FPS DIRECTOR
  FPS REGN 11 DIR - NATL CAPITAL
  FPS REGN 11 OPERATIONS BRANCH

REMARKS: FEDERAL PAY INCREASE DUE TO E.O. 13368 SIGNED 12/30/04.
  SALARY INCLUDES A SPECIAL RATE INCREASE OF 2.5 PERCENT. EMPLOYEE RECEIVES
  NO OTHER ADJUSTMENT BECAUSE SPECIAL RATE PROVIDES HIGHEST PAY ENTITLEMENT.
  SALARY INCLUDES RETENTION ALLOWANCE OF $  6,367.00

PROCESSING PAY PERIOD: 01 2005
=======================================================================================================
THIS INFORMATION IS DETERMINED TO BE TRUE AND CORRECT.


                                                                   CERTIFICATION DATE: 06/27/2006
ROBERT M. SMITH, ASSISTANT COMMISSIONER, OFFICE OF HUMAN RESOURCES MANAGEMENT

                                                              THIS IS AN OFFICIAL DOCUMENT APPROVED BY OPM.
```