IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE SHORT** ) | |
| ) | |
| Plaintiff, ) | CASE NO.  1:05-cv-01034-RMU |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL CHERTOFF** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Having fully considered Defendant's Motion for Summary Judgment, Plaintiff's opposition thereto, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Summary Judgment is DENIED.

_____
RICHARD M. URBINA
United States District Court Judge