UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GEORGE A. SHORT, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1034 (RMU) |
| | : | | |
| v. | : | Document No.: | 17 |
| | : | | |
| MICHAEL CHERTOFF, | : | | |
| In his official capacity as Secretary of the | | | |
| U.S. Department of Homeland Security, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 27th day of May, 2008, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge