IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE SHORT | ) |
| | ) Civil Action No. 1:05-cv-01034-RMU |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that George Short appeals to the United States District Court for the District of Columbia Circuit from the final judgment and Order of this court entered on May 27, 2008, granting Defendant's Motion for Summary Judgment and the November 26, 2007, Order granting in part Defendant's Motion for Partial Dismissal.

Respectfully submitted,
XAVIER HARRIS

By: *Clarence Connelly*
Counsel

Clarence A. Connelly, Esq. (#457100)
Law Offices of Clarence Connelly
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 434-4517
Fax: (202) 434-8707

**RECEIVED**

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2008, I caused to be served a true and accurate copy of the foregoing Notice of Appeal by U.S. Mail postage prepaid to:

Rhonda C. Fields
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
10th Floor
Washington, DC 20530

CLARENCE CONNELLY, ESQUIRE