UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| GEORGE A. SHORT, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1034 (RMU) |
| | : | | |
| v. | : | Document No.: | 24 |
| | : | | |
| MICHAEL CHERTOFF, | : | | |
| In his official capacity as Secretary of the | | | |
| U.S. Department of Homeland Security, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### AMENDING ORDER OF MAY 27, 2008

It is this 18th day of September, 2008, hereby

**ORDERED** that this court's Order dated May 27, 2008 be amended as follows: "the defendant's motion for summary judgment is **GRANTED**."

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge